USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X
                   :

UNITED STATES OF AMERICA       :

       - v. -            :

RICHARD GAFFEY,            :

           Defendant. :

- - - - - - - - - - - - - - - x

**PROTECTIVE ORDER**

18 Cr. 693 (RMB)

RICHARD M. BERMAN, District Judge:

On the motion of the United States of America, by Geoffrey S. Berman, United States Attorney, by Sarah E. Paul, Assistant United States Attorney, of counsel, and with the consent of the defendant, RICHARD GAFFEY, by and through his counsel, William J. Lovett, Esq., and for good cause shown,

IT IS HEREBY ORDERED THAT:

1.     The documents and other materials provided by the Government to the defendant in this action pursuant to Rules 16 and 26.2 of the Federal Rules of Criminal Procedure; Title 18, United States Code, Section 3500; *Brady v. Maryland*; or *United States v. Giglio*, shall be treated as "Confidential Information" if such documents, recordings, and other materials are:

         (a) Not otherwise publicly available; and

         (b) Contain and/or reflect any of the following:

                 (i)    The name, address, date of birth, telephone number, e-mail address, social security number,

1

> taxpayer identification number, driver's
> license number, financial account number,
> and/or any other personally identifying
> information of any individual;
>
> (ii) The bank records, credit card records,
> financial records, tax records, telephone
> records, immigration records, and/or personnel
> files of any individual.

2.     Confidential Information disclosed to the defendant or
to his counsel during the course of proceedings in this action:

(a)     Shall be used by the defendant or his counsel only
for purposes of this action.

(b)     Shall not be disclosed in any form by the defendant
or his counsel except as set forth in paragraph 2(c) below.

(c)     May be disclosed by the defendant or his counsel only
to the following persons (hereinafter "designated persons"):

> (i)     legal, investigative, secretarial, clerical,
> paralegal, and student personnel working on
> this action under the direction of defendant's
> attorneys;
>
> (ii)     independent expert witnesses and other
> potential witnesses for the defense, and
> investigators or advisors retained by defendant
> in connection with this action;

2

(iii)   such other persons as hereafter may be
authorized by the Court upon such motion by
defendant.

(d)    Shall be returned to the Government or destroyed
following the entry of either a final judgment in this case, or, in
the event of an appeal and/or the filing of a motion under 18 U.S.C.
§ 2255, immediately following the disposition of the appeal and/or
the § 2255 motion, absent further Order of the Court.  This Order
also applies to any copies – electronic, hard copy, or otherwise –
that may have been made.

3.    The defendant and his counsel shall provide a copy of
this Order to designated persons to whom they disclose Confidential
Information pursuant to paragraph 2(c).  Designated persons shall
be subject to the terms of this Order.

4.    With respect to Confidential Information, any filings
with any court shall be governed by Rule 49.1 of the Federal Rules
of Criminal Procedure.

5.    The provisions of this Order, including paragraph 4
above, shall not be construed as limiting the use that the defendant
and his counsel may make of any documents produced pursuant to this
Order in any motion, hearing, or trial held in this action.

6.    As to the defendant and his counsel, the provisions of
this Order shall not apply to documents, recordings, and other
materials that: (a) were produced by or seized from Elder Gaffey &

3

Paine; or (b) are in the defendant's possession independent of the Government's production in this action.  Any such documents, recordings, and other materials shall not be treated by the defendant and his counsel as Confidential Information pursuant to this Order.

7.      In the event of a change of counsel, subsequent counsel are bound by the terms of this Protective Order.

Dated:    New York, New York
          January __, 2019

SO ORDERED:

*RMB*

_____
THE HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

*By Granting this application, the Court is making no finding re: confidentiality duration, etc.*

*RMB*

AGREED AND CONSENTED TO:

_____
Sarah E. Paul
*Assistant U.S. Attorney*

_____            1/4/19
                                       Date

_____            1/4/19
William J. Lovett, Esq.                Date
*Attorney for Richard Gaffey*

_____            1/4/19
Richard Gaffey                         Date

4