```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                     Government,

      -against-

RICHARD GAFFEY,
                 Defendant.
-------------------------------------------------------------X

**ORDER**

18 CR 693 (RMB)

      Based upon the record herein, including Defense counsel's letter, dated February 1, 2019, and incorporated herein by reference, the Court is willing to modify the bail conditions of Defendant Richard Gaffey, as follows:

      1- The issuance of a $680,000 personal recognizance bond signed by the Defendant (and any other owners of the real property described herein) and secured by Defendant's equity interest (in the amount of $680,000) in the two homes owned by the Defendant and located at 3 Onondaga Lane, Medfield, Massachusetts and 21 Nashawena Park, Oak Bluffs, Massachusetts; and the posting of such real property by Defendant to secure the bond and as security for Defendant's appearance in these proceedings, shall be completed by Friday, February 8, 2019 at 3:00 pm.

      2- Upon the successful posting of Defendant's two homes and issuance of the bond referred to in paragraph 1 above, the U.S. Pretrial Services Department may release Mr. Gaffey's passport to him and Defendant may travel for vacation to Mexico on Sunday, February 10, 2019 and return to the United States on February 17, 2019.

      3- Upon Defendant's return to the United States, Defendant shall forthwith return his passport to the U.S. Pretrial Services Department.

      4- All other terms and conditions in the Order Setting Conditions of Release, dated December 17, 2018 [#21], still remain in full force and effect.

Dated: New York, New York
       February 4, 2019

                                                **RICHARD M. BERMAN, U.S.D.J.**