UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,

    -v.-

RAMSES OWENS,
  a/k/a "Ramses Owens Saad,"
DIRK BRAUER,
RICHARD GAFFEY,
  a/k/a "Dick Gaffey," and
HARALD JOACHIM VON DER GOLTZ,
  a/k/a "H.J. von der Goltz,"
  a/k/a "Johan von der Goltz,"

            Defendants.
------------------------------------------------------------------x

18 Cr. 693 (RMB)

**Oral Argument Requested**

## RICHARD GAFFEY'S NOTICE OF MOTION FOR A BILL OF PARTICULARS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Richard Gaffey's Motion for a Bill of Particulars and upon the accompanying Declaration of Robert B. Buehler, dated April 11, 2019, Richard Gaffey hereby moves this Court, before the Honorable Judge Richard M. Berman, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order directing the government to provide a bill of particulars and for such other relief as the Court deems appropriate.

Dated: New York, New York
April 11, 2019

                        HOGAN LOVELLS US LLP

                        William J. Lovett

                        100 High Street, 20th Floor
                        Boston, MA 02110
                        Telephone: (617) 371-1007

                        By: /s/Robert B. Buehler
                              Robert B. Buehler

                        875 Third Avenue
                        New York, NY 10022
                        Telephone: (212) 918-3261
                        Fax: (212) 918-3100

                        *Attorneys for Defendant*
                        *Richard Gaffey*

TO:

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Honorable Richard M. Berman
United States District Judge
Southern District of New York