**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 18, 2019

**BY FEDEX**

William J. Lovett, Esq.
Hogan Lovells US LLP
100 High Street
Boston, MA 02110

      **Re:**   *United States v. Richard Gaffey*, 18 Cr. 693 (RMB)

Dear Mr. Lovett:

      This letter provides initial discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P."), and pursuant to the terms of the January 8, 2019 Protective Order in this matter signed by the parties and by Judge Berman. The Government also seeks reciprocal discovery.

### Disclosure by the Government

      Based on your request for discovery in this case, I have enclosed a hard drive containing copies of the following materials, which are Bates-stamped with control numbers PANAMA0000000001 through PANAMA0000808532:

| Bates Range | Description |
| --- | --- |
| PANAMA0000000001-PANAMA0000000154 | Records subpoenaed from UBS AG |
| PANAMA0000000155-PANAMA0000004935 | Records subpoenaed from Boston Capital Ventures |
| PANAMA0000004936-PANAMA0000014227 | Records subpoenaed from Elder Gaffey & Paine |
| PANAMA0000014228-PANAMA0000014274 | Records subpoenaed from UBS AG |
| PANAMA0000014275-PANAMA0000018457 | Records subpoenaed from Peninsula Investments Group |
| PANAMA0000018458-PANAMA0000024140 | Records subpoenaed from Boston Capital Ventures |

| Bates Range | Description |
|---|---|
| | |
| PANAMA0000024141-PANAMA0000024291 | Records subpoenaed from UBS AG |
| PANAMA0000024292-PANAMA0000030896 | Records subpoenaed from Elder Gaffey & Paine |
| PANAMA0000030897-PANAMA0000035849 | Records subpoenaed from Boston Capital Ventures |
| PANAMA0000035850-PANAMA0000035851 | Records subpoenaed from Charles Schwab |
| PANAMA0000035852-PANAMA0000036347 | Records subpoenaed from JP Morgan Chase |
| PANAMA0000036348-PANAMA0000036679 | Records subpoenaed from Wells Fargo |
| PANAMA0000036680-PANAMA0000042768 | Records subpoenaed from Boston Capital Ventures |
| PANAMA0000042769-PANAMA0000044498 | Records subpoenaed from UBS AG |
| PANAMA0000044499-PANAMA0000045371 | Records subpoenaed from Interaudi Bank |
| PANAMA0000045372-PANAMA0000045515 | Records subpoenaed from First Republic Bank |
| PANAMA0000045516-PANAMA0000046120 | Records subpoenaed from Harald Jochim von der Goltz |
| PANAMA0000046121-PANAMA0000048161 | Records subpoenaed from Brickell Bank |
| PANAMA0000048162-PANAMA0000048218 | Records subpoenaed from BMW Financial Services |
| PANAMA0000048219-PANAMA0000056823 | Records subpoenaed from Elder Gaffey & Paine |
| PANAMA0000056824-PANAMA0000057301 | Records subpoenaed from Peninsula Investments Group |
| PANAMA0000057302-PANAMA0000057377 | Records subpoenaed from HSBC |
| PANAMA0000057378-PANAMA0000067555 | Records subpoenaed from Boston Capital Ventures |

| Bates Range | Description |
|---|---|
|  |  |
| PANAMA0000067556-PANAMA0000067631 | Records subpoenaed from Peninsula Investments Group |
| PANAMA0000067632-PANAMA0000067638 | Records subpoenaed from Abrahm Smith |
| PANAMA0000067639-PANAMA0000067919 | Records subpoenaed from Morgan Stanley |
| PANAMA0000067920-PANAMA0000067933 | Documents from presentation given by Credit Suisse |
| PANAMA0000067934-PANAMA0000067991 | Records subpoenaed from JP Morgan Chase |
| PANAMA0000067992-PANAMA0000074657 | Records subpoenaed from Boston Capital Ventures |
| PANAMA0000074658-PANAMA0000076477 | Records subpoenaed from Elder Gaffey & Paine |
| PANAMA0000076478-PANAMA0000097019 | Records subpoenaed from First Republic Bank |
| PANAMA0000097020-PANAMA0000097020 | Records subpoenaed from UBS AG |
| PANAMA0000097021-PANAMA0000106454 | Records subpoenaed from Boston Capital Ventures |
| PANAMA0000106455-PANAMA0000108546 | Records subpoenaed from American Express |
| PANAMA0000108547-PANAMA0000108708 | Records subpoenaed from Alejandro Santo Domingo |
| PANAMA0000108709-PANAMA0000110430 | Records subpoenaed from Annemarie von der Goltz |
| PANAMA0000110431-PANAMA0000110483 | Records subpoenaed from JP Morgan Chase |
| PANAMA0000110484-PANAMA0000374730 | Records subpoenaed from Boston Capital Ventures |
| PANAMA0000374731-PANAMA0000374733 | Records subpoenaed from |

| Bates Range | Description |
|---|---|
|  | Bank of New York Mellon |
| PANAMA0000374734-PANAMA0000380504 | Records subpoenaed from Bank of America |
| PANAMA0000380505-PANAMA0000390213 | Records subpoenaed from Boston Private Bank & Trust |
| PANAMA0000390214-PANAMA0000390263 | Records subpoenaed from Brooke Private Equity Associates |
| PANAMA0000390264-PANAMA0000405808 | Records subpoenaed from Brickell Bank |
| PANAMA0000405809-PANAMA0000406429 | Records subpoenaed from Brookline Bank |
| PANAMA0000406430-PANAMA0000406627 | Records subpoenaed from Belle von der Goltz |
| PANAMA0000406628-PANAMA0000407164 | Records subpoenaed from Capital One |
| PANAMA0000407165-PANAMA0000408781 | Records subpoenaed from Citibank |
| PANAMA0000408782-PANAMA0000408782 | Records subpoenaed from Camden National Bank |
| PANAMA0000408783-PANAMA0000408784 | Records subpoenaed from Scott Collins |
| PANAMA0000408785-PANAMA0000408955 | Records subpoenaed from Computershare |
| PANAMA0000408956-PANAMA0000409429 | Records subpoenaed from Crescent Credit Union |
| PANAMA0000409430-PANAMA0000410144 | Records subpoenaed from Doug Sonnenshein |
| PANAMA0000410145-PANAMA0000558798 | Records subpoenaed from Elder Gaffey & Paine |
| PANAMA0000558799-PANAMA0000559077 | Records subpoenaed from E-Trade Securities |
| PANAMA0000559078-PANAMA0000559096 | Records subpoenaed from Exa Corporation |

| Bates Range | Description |
|---|---|
| PANAMA0000559097-PANAMA0000559119 | Records subpoenaed from Experian |
| PANAMA0000559120-PANAMA0000566984 | Records subpoenaed from Fidelity |
| PANAMA0000566985-PANAMA0000589320 | Records subpoenaed from First Republic Bank |
| PANAMA0000589321-PANAMA0000590033 | Records subpoenaed from HSBC |
| PANAMA0000590034-PANAMA0000602445 | Records subpoenaed from JP Morgan Chase |
| PANAMA0000602446-PANAMA0000604925 | Records subpoenaed from Lilling & Company |
| PANAMA0000604926-PANAMA0000606082 | Records subpoenaed from LPL Financial |
| PANAMA0000606083-PANAMA0000606101 | Records subpoenaed from Mercedes Benz |
| PANAMA0000606102-PANAMA0000606121 | Records subpoenaed from MetLife |
| PANAMA0000606122-PANAMA0000607086 | Records subpoenaed from NENS |
| PANAMA0000607087-PANAMA0000614673 | Records subpoenaed from Pershing LLC |
| PANAMA0000614674-PANAMA0000614761 | Records subpoenaed from Rain Forest Tram Ltd |
| PANAMA0000614762-PANAMA0000614847 | Records subpoenaed from Joseph Preschel |
| PANAMA0000614848-PANAMA0000615512 | Records subpoenaed from Charles Schwab |
| PANAMA0000615513-PANAMA0000615513 | Records subpoenaed from John Shields |
| PANAMA0000615514-PANAMA0000617836 | Records subpoenaed from Sun Trust Bank |
| PANAMA0000617837-PANAMA0000618835 | Records subpoenaed from Silicon Valley Bank |
| PANAMA0000618836-PANAMA0000618879 | Records subpoenaed from Wolfgang Traber |
| PANAMA0000618880-PANAMA0000638795 | Records subpoenaed from UBS AG |
| PANAMA0000638796-PANAMA0000640106 | Records subpoenaed from |

| Bates Range | Description |
|---|---|
|  | Harald Joachim von der Goltz |
| PANAMA0000640107-PANAMA0000640188 | Records subpoenaed from Wells Fargo |
| PANAMA0000640189-PANAMA0000641268 | Records subpoenaed from Elder Gaffey & Paine |
| PANAMA0000641269-PANAMA0000658687 | Records subpoenaed from Boston Capital Ventures |
| PANAMA0000658688-PANAMA0000659175 | Records subpoenaed from Elder Gaffey & Paine |
| PANAMA0000659176-PANAMA0000677265 | Panama TIEA returns |
| PANAMA0000677266-PANAMA0000677328 | Records subpoenaed from Elder Gaffey & Paine |
| PANAMA0000677329-PANAMA0000755762 | Records subpoenaed from Brooke Private Equity Associates |
| PANAMA0000755763-PANAMA0000760793 | Records subpoenaed from Boston Capital Ventures |
| PANAMA0000760794-PANAMA0000760915 | Records subpoenaed from Elder Gaffey & Paine |
| PANAMA0000760916-PANAMA0000761742 | Records subpoenaed from Abrahm Smith |
| PANAMA0000761743-PANAMA0000761915 | Panama TIEA returns |
| PANAMA0000761916-PANAMA0000761961 | Documents recovered during border stop of Richard Gaffey |
| PANAMA0000761962-PANAMA0000763426 | Records subpoenaed from Elder Gaffey & Paine |
| PANAMA0000763427-PANAMA0000763556 | Records subpoenaed from First Republic Bank |
| PANAMA0000763557-PANAMA0000778597 | Records subpoenaed from Boston Capital Ventures |

| Bates Range | Description |
|---|---|
| PANAMA0000778598-PANAMA0000785868 | Records subpoenaed from Elder Gaffey & Paine |
| PANAMA0000785869-PANAMA0000808532 | Records subpoenaed from First Republic Bank |

The Government recognizes that its obligation to provide discovery is of a continuing nature, and the Government will continue to provide any additional discovery on a rolling basis.

The Government recognizes its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. To date, the Government is unaware of any *Brady* material regarding your client, but will provide timely disclosure if any such material comes to light.

The Government will provide material under *Giglio v. United States*, 405 U.S. 150, 154 (1972), and its progeny, in a timely manner prior to trial.

### Disclosure by the Defendant

In light of your request for the foregoing discovery, the Government hereby requests reciprocal discovery under Fed. R. Crim. P. 16(b). Specifically, we request that you allow inspection and copying of: (1) any books, or copies or portions thereof, which are in the defendant's possession, custody or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial; and (2) any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, which are in the defendant's possession or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial or which were prepared by a witness whom the defendant intends to call at trial.

The Government also requests that the defendant disclose prior statements of witnesses he will call to testify. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 225 (1975). We request that such material be provided on the same basis upon which we agree to supply the defendant with 3500 material relating to Government witnesses.

We wish to remind you that Fed. R. Crim. P. 12.2 requires you to provide the Government with written notice if the defendant intends to rely on the defense of insanity at the time of the alleged crime or intends to introduce expert testimony relating to a mental disease, defect, or other condition bearing upon the issue of whether he had the mental state required for the offenses charged.

We also wish to remind you that Fed. R. Crim. P. 12.3(a) requires you to provide the Government with written notice if the defendant intends to claim a defense of actual or believed exercise of public authority on behalf of a law enforcement or Federal intelligence agency at the time of the alleged crime.

The Government requests a response to our Rule 12.2 and 12.3 demands within the time period allowed by the Court for the filing of motions.

**Sentence Reduction for Acceptance of Responsibility**

This Office will oppose the additional one-point reduction under the Sentencing Guidelines available for defendants who plead prior to the Government's initiation of trial preparations pursuant to U.S.S.G. § 3E1.1(b), in the event your client has not entered a plea of guilty four weeks prior to trial. We will follow this policy whether or not suppression or other pretrial motions remain outstanding after this date and even if the trial date has not been announced by the Court four weeks in advance of the trial.

Please contact me at your earliest convenience concerning the possible disposition of this matter or any further discovery which you may request. Please be advised, however, that pursuant to the policy of the Office concerning plea offers, no plea offer is effective unless and until made in writing and signed by authorized representatives of the Office. In particular, discussions regarding the pretrial disposition of a matter that are not reduced to writing and signed by authorized representatives of the Office cannot and do not constitute a "formal offer" or a "plea offer," as those terms are used in *Lafler v. Cooper*, 132 S.Ct. 1376 (2012); *Missouri v. Frye*, 132 S.Ct. 1399 (2012).

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Sarah E. Paul/Thane Rehn
Assistant United States Attorneys
(212) 637-2326/2354