

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

May 9, 2019

**BY ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Peal Street
New York, NY 10007-1312

Re:     **United States of America v. Richard Gaffey, et al., 18 cr. 693 (RMB)**

Dear Judge Berman:

We represent Richard Gaffey in the above-referenced matter. Mr. Gaffey respectfully submits this letter, with the consent of the government, to request an extension of time to file his reply to the Government's Memorandum of Law in Opposition to Defendant's Motion for a Bill of Particulars (Dkt. No. 73) (May 2, 2019), which is presently due on May 9, 2019. Mr. Gaffey requests an extension until May 14, 2019, to reply. This is Mr. Gaffey's first request for such relief.

Mr. Gaffey requests this brief extension to file his reply in light of newly disclosed information provided in the government's opposition and a recent document production made by the government on May 8, 2019, that may narrow the issues to be decided by the Court.

A proposed endorsement is set forth below.

On consent of the Government, Defendant Gaffey's request for an extension to submit a reply to the Government's Memorandum of Law in Opposition to Defendants' Motion for a Bill of Particulars (Dkt. No. 73) by May 14, 2019, is hereby GRANTED.

Respectfully submitted,

Robert B. Buehler
Tel.: 212 918 3261
robert.buehler@hoganlovells.com

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rio de Janeiro  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb. For more information see www.hoganlovells.com