

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

June 11, 2019

**VIA ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: <u>United States v. Ramses Owens, et al., 18 CR. 693 (RMB)</u>

Dear Judge Berman:

We represent Richard Gaffey in the above-referenced matter. Mr. Gaffey respectfully submits this letter, with the consent of the government, to request an extension of time to file his reply to the Government's Memorandum of Law in Opposition to Defendants' Motion to Compel (Dkt. No. 96), which is presently due on June 12, 2019. Mr. Gaffey requests an extension until June 17, 2019, to file his reply. This is Mr. Gaffey's first request for such relief.

Mr. Gaffey requests this extension to file his reply in order to consider additional information contained in the government's opposition, as well as a recent document production made by the government on June 10, 2019. In addition, I was traveling internationally on business much of last week.

Accordingly, on consent of the government, Mr. Gaffey requests an extension to submit a reply to the Government's Memorandum of Law in Opposition to Defendants' Motion to Compel (Dkt. No. 96) to June 17, 2019.

Respectfully submitted,

Robert B. Buehler
Tel.: 212 918 3261
robert.buehler@hoganlovells.com

cc: Counsel of Record

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Brussels Caracas Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Monterrey Moscow Munich New York Northern Virginia Paris Perth Philadelphia Rio de Janeiro Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Ulaanbaatar Warsaw Washington DC Associated offices: Budapest Jakarta Jeddah Riyadh Zagreb For more information see www.hoganlovells.com