USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    Government,

      -against-

RAMES OWENS,
   a/k/a/ "Ramses Owens Saad,"
DIRK BRAUER,
RICHARD GAFFEY,
   a/k/a "Dick Gaffey," and
HAROLD JOACHIM VON DER GOLTZ,
   a/k/a "H.J. von der Goltz,"
   a/k/a "Johan von der Goltz"

                    Defendants.
------------------------------------------------------------X

**ORDER**

18 CR 693 (RMB)

The Government is directed to respond to the "Status Report" filed by Defendant Owens on October 23, 2019, Docket Number 128, with respect to the question of whether Owens is entitled to litigate any outstanding motions in this Court, at this time, pursuant to the fugitive disentitlement doctrine. The Government's response is due by Thursday, October 31, 2019, at noon.

Dated: New York, New York
        October 29, 2019

                                              *Richard M. Berman*

                                              **RICHARD M. BERMAN**
                                                    U.S.D.J.