USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/10/19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

      -against-

RICHARD GAFFEY,
HARALD JOACHIM VON DER GOLTZ,

      Defendant(s).
-----------------------------------------------------------X

**ORDER**

S6 18 CR 693

The jury selection in this trial will commence on Thursday, January 9, 2020 at 9:30 am.

Dated: New York, New York
      December 10, 2019

_____
RICHARD M. BERMAN, U.S.D.J.