UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

UNITED STATES OF AMERICA  :  18 Cr. 693 (RMB)

- v. -  :  Record Owner:
Harald Joachim Von Der
Goltz Children's Trust

RICHARD GAFFEY  :
   a/k/a/ "Dick Gaffey," and  Property
HARALD JOACHIM VON DER GOLTZ  :  590 Charles River Street,
   a/k/a "H.J. von der Goltz,"  Needham, Massachusetts
   a/k/a "Johan von der Goltz,"  :
   a/k/a "Jochen von der Goltz,"  Norfolk County
   a/k/a "Tica,"  :  Registry of Deeds
   a/k/a "Tika,"  Recorder Doc No. 85342
   :  Book/Page No. 0/0

Defendants.
------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/16/2020

## NOTICE OF *LIS PENDENS*

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that on December 5, 2019, a federal grand jury sitting in the Southern District of New York returned a ten-count Superseding Indictment (the "Indictment") charging defendant Richard Gaffey and Harald Joachim von der Goltz (the "Defendants"), with Conspiracy to Commit Tax Evasion, in violation of 18 U.S.C. § 371 (Count One); Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 2 (Count Two); Money Laundering Conspiracy, in violation of 18 U.S.C. § 1956(h) (Count Three); Willful Failure to File an FBAR, in violation of 31 U.S.C. § 5314 and 5322(a), 31 C.F.R. § 1010.350, 1010.306(c, d), and 1010.840(b), and 18 U.S.C. § 2 (Counts Four through Seven). Defendant Von der Goltz individually has been charged with False Statements, in violation of 18 U.S.C. §§ 1001(a)(2) and 2 (Counts Eight and Nine). Defendant Gaffey individually has been charged with Aggravated Identity Theft, in violation of Title 18, U.S.C. §§ 1028A(a)(1), 1028A(b), and 2 (Count Ten).

The Forfeiture Allegation as to Count Two of the Indictment gives the Defendants notice that pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461, the United States intends to seek the forfeiture, upon conviction of the Defendants of Count Two of the Indictment, of any property, real and personal, which constitutes or is derived from proceeds traceable to the commission of the offense charged in Count Two of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense.

The Forfeiture Allegation as to Count Three of the Indictment gives the Defendants notice that pursuant to 18 U.S.C. § 982(a)(1), the United States intends to seek the forfeiture, upon conviction of the Defendants of Count Three of the Indictment, of all property, real and personal, involved in the offense charged in Count Three of the Indictment, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in the offense.

[THE REMAINDER OF THIS PAGE HAS BEEN LEFT BLANK INTENTIONALLY]

As set forth in the Indictment and the Bill of Particulars (D.E. 172), the United States alleges that the following is forfeitable to the United pursuant to 18 U.S.C. § 981(a)(1)(C) and 982(a)(1), and 28 U.S.C. § 2461:

All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments, and easements, located at 590 Charles River Street, Needham, Massachusetts 02492, Parcel ID No. 199/305.0-0022-0000.0, held in the name of Robert K. Hamshaw, Wolfgang Traber, and Richard Gaffey, as Trustees of the Harald Joachim von der Goltz Children's Trust.

Dated: January 10, 2020

Respectfully submitted,

GEOFFREY S. BERMAN,
United States Attorney,

DEBORAH CONNOR
Chief, Money Laundering and
Asset Recovery Section
Criminal Division

By: /s/ Thane Rehn

THANE REHN/EUN YOUNG CHOI
Assistant United States Attorneys
1 Saint Andrew's Plaza
New York, NY 10007
(212) 637-2354/2187

MICHAEL PARKER/PARKER TOBIN
Trial Attorneys, Criminal Division
1400 New York Avenue
Washington, DC 20005
(202) 514-0421/305-3903

COMMONWEALTH OF MASSACHUSETTS

Norfolk, ss.

## OATH

The undersigned, Thane Rehn, Assistant United States Attorney, on his oath declares that the proceeding referred to above affects the title to the land and building as described above.

*Thane Rehn*
Thane Rehn
Assistant United States Attorney

Date: January 10, 2020

Then personally appeared the above-named Thane Rehn, Assistant United States Attorney, and acknowledge the foregoing to be true to the best of his knowledge, information and belief, and to be his free act and deed on behalf of the United States of America.

Subscribed to and sworn before this 10th day of January, 2020.

KEVIN C. GORMAN
Notary Public, State of New York
No. 02GO6161201
Qualified in Putnam County
Commission Expires February 20, 2023

NOTARY PUBLIC
My Commission expires:

The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the building thereon. Further, there is a clear danger that the titled owners of the property, if notified in advance of the endorsement of this memorandum, will convey, encumber, damage, or destroy the property or the improvements thereon.

SO ORDERED AND ENDORSED:

*RMB*

HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

Date: January 13, 2020