**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2020

-----------------------------------------------------------x

UNITED STATES OF AMERICA,                                 :
                                                         :
                      Government,                        :
                                                         :        18 Cr 693 (RMB)
                                                         :
          - against -                                    :        **ORDER**
                                                         :
RICHARD GAFFEY,                                          :
HARALD JOACHIM VON DER GOLTZ,                            :
                      Defendant.                         :
-----------------------------------------------------------x

At the recommendation of the Jury Clerk, the Court will commence jury selection

in this matter on Wednesday, March 4, 2020 rather than Thursday, March 5, 2020.

Dated: New York, New York
       January 27, 2020



**RICHARD M. BERMAN**
**U.S.D.J.**