



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 11, 2020

**BY ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Richard Gaffey*, **18 Cr. 693 (RMB)**

Dear Judge Berman:

    The Government respectfully submits this letter regarding the above-captioned case. The defendant Richard Gaffey entered a guilty plea on February 28, 2020. Sentencing is currently scheduled for July 27, 2020. At the time of the defendant's plea, the parties entered into a consent preliminary order of forfeiture, which the Court entered on February 28, 2020. *See* Dkt. No. 203. Since that time, the parties have conferred and agreed to an amended consent preliminary order of forfeiture, which is attached hereto as Exhibit A. Accordingly, the parties respectfully request that the Court enter the attached proposed amended consent preliminary order of forfeiture.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

    DEBORAH CONNOR
    Chief, Money Laundering and Asset Recovery Section, Criminal Division

By: *[signature]*
    Eun Young Choi and Thane Rehn
    Assistant United States Attorneys
    (212) 637-2187/2354

    Michael Parker
    Trial Attorney, Criminal Division

cc:    Defense Counsel (by ECF)