# EXHIBIT A

# VOLUME 1 OF 2

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

RICHARD GAFFEY,
  a/k/a "Dick Gaffey," and
HARALD JOACHIM VON DER GOLTZ,
  a/k/a "H.J. von der Goltz,"
  a/k/a "Johan von der Goltz,"

     Defendants.

18 CR 693 (RMB)

---

**DEFENDANT RICHARD GAFFEY'S MEMORANDUM IN AID OF SENTENCING**

**INDEX OF LETTERS IN SUPPORT OF RICHARD GAFFEY**

| EXHIBIT NUMBER | SENDER NAME |
|---|---|
| A-1 | Ruth Gaffey |
| A-2 | Jennifer T. Phan, NP |
| A-3 | Kimberly Teague |
| A-4 | David Gaffey |
| A-5 | Ann P. Conte |
| A-6 | Robert Gaffey |
| A-7 | MaryLynn Antonellis |
| A-8 | Elizabeth Allee |
| A-9 | Dr. Anne Antonellis |
| A-10 | Brian Antonellis |
| A-11 | Daniel J. Gaffey |
| A-12 | George Allee |
| A-13 | Jeff Gaffey |
| A-14 | Jenette Jurgens |
| A-15 | Katherine Hawko |
| A-16 | Kelly Martin |
| A-17 | Lisa Barmak (Allee) |
| A-18 | Patricia A. Lundin |
| A-19 | Robert P. Gaffey |
| A-20 | Redacted - Sensitive Information |
| A-21 | Redacted - Sensitive Information |

| EXHIBIT NUMBER | SENDER NAME |
|---|---|
| A-22 | Julie Gaffey |
| A-23 | Raymond Teague |
| A-24 | Lindsey J. Sawyer |
| A-25 | John (Jack) Conte |
| A-26 | Joseph C. Antonellis |
| A-27 | Brian Hawko |
| A-28 | Brian Jurgens |
| A-29 | Antonella Gaffey |
| A-30 | Timothy J. Martin |
| A-31 | Sandra Donahue |
| A-32 | Scott Lundin |
| A-33 | Marie R. Tremarche |
| A-34 | Kevin M. McCafferty |
| A-35 | Andrew C. Meyer Jr. |
| A-36 | Rosemarie Gallagher |
| A-37 | Janet M. Marshall |
| A-38 | William T. Hogan III and Susan R. Hogan |
| A-39 | Robert P. Elder |
| A-40 | Harry R. Paine, Jr. |
| A-41 | Caroline Derrig |
| A-42 | Marie Merullo |
| A-43 | Richard Merullo |
| A-44 | Michael Santoian |
| A-45 | Michael Taylor |
| A-46 | Edward P. Kelly |
| A-47 | David Shuman |
| A-48 | Sheldon Bass |
| A-49 | Michael Antino |
| A-50 | John Prego & Teresa Prego |
| A-51 | Lydia Lalli and Domenic Lalli |
| A-52 | Steve Connors |
| A-53 | Daniel Harlow |
| A-54 | Kristen Merullo Slagmolen |
| A-55 | Teresa O. Guglielmi |
| A-56 | Susan Berger |
| A-57 | Dr. Adolf Karchmer |
| A-58 | Michael C. McNabb |

# EXHIBIT A-1

Honorable Richard M. Berman

United States District Court for the

Southern District of New York

500 Pearl Street

New York, New York 10007-1312

June 23, 2020

Dear Judge Berman,

My name is Ruth Gaffey and I have been the wife of Richard Gaffey for 51 years.  As his wife, I certainly know the man at a deeper level than most.  I tried to think of what I could say that would help a stranger, sitting in judgement of my husband, to truly know the man whose fate they hold in their hands.  Others may know more of Dick's accounting skills and business acumen, but I know the man.

What I decided to tell you about is why I chose Richard Gaffey as a husband, all those years ago. We met when we both attended Northeastern University.  We shared many of the same interests and values which is what brought us together.  One of the first things I remember about Dick is how warm and gregarious he was.  People liked to be around Dick, and so did I.  He made friends easily, because he listens to people, saw the best in them, and made them feel comfortable.  He truly likes people, and they know it.  If there is a fault in his approach to life, it is that he sees the best in people and could miss things he should mistrust.  Dick tends to believe that all people are basically as good and truthful as he is.  My parents thought Dick was wonderful.  They believed, as I did then and now, that Dick was the kind of man you could believe in.  They saw in him the kind of honesty and integrity that they wanted their daughter to be able to count on.  They saw in Dick, as I did, the qualities I admired about my own father.  My dad had a strict moral code.  In his mind things were good or bad, honest or dishonest, and he unquestionably would choose the high road.  We all saw the same principles in Dick.  I was raised to be truthful and do the right thing.  I knew then, as I do today, that Dick would never waiver from following what was honorable.  I felt safe linking my life to his.

Dick has always been a dedicated person and hard worker.  He graduated 3rd in his class from Northeastern, and immediately went to work for a big firm.  He sacrificed many hours away from his family in order to build his own successful company.  While I may not be well versed in what is involved in his business, it was evident that he was highly respected among his colleagues.  Whether for clients, family, or friends, Dick always went out of his way to make you welcome in his presence.  He always takes a genuine interest in people.

Over our long marriage, Dick always demonstrated the qualities that helped me choose him as my husband in the first place.  He is highly regarded and well respected by all who know him.  He worked long hours to allow me to stay at home and raise our children.  He honored and took care of his

parents, and mine. He instilled in our children the qualities we both admire. He is a dotting grandfather. His friends, siblings, nieces, nephews, and their children all look up to Dick as a guiding light. He is admired and respected by all that know him.

I have had many medical issues over the years and Dick has been a wonderful caregiver and supports me every step of the way. I am not sure what I would do without him. I had a bad fall this past winter and was in the hospital and rehabilitation center for 8 weeks. Upon coming home, he always made sure I had everything I needed and helped me get around when I needed assistance. He is always patient and kind, even when he is trying to manage many different things around the house for me.

I have witnessed Dick work so hard his entire life. He is one of the most honest and ethical people I have ever met. I hope you can see that his downfall was trusting someone he believed deserved his trust. From our early years to present, Dick has always been there for me, our family, and our friends. I have always been proud to say I am his wife. I know without question that his entire family would be lost without him. I am confident that I would absolutely be lost, not just without his presence but without him to care for me. He is truly a good man. It is my fervent prayer that you, who judge him, will look at the decent person he has always been, and weigh that heavily against his mistake in trusting a friend of 25 years, who repeatedly lied to him.

Thank you for your consideration

Respectfully,

*Ruth Gaffey*

Ruth Gaffey

# EXHIBIT A-2

Medfield Internal Medicine
266 MAIN ST.
BLDG. 1, STE. 4
MEDFIELD MA 02052
Dept Phone #: 508-359-8141
Dept Fax #:  508-359-8005

June 26, 2020

Patient:        **Ruth Gaffey**
Date of Birth: Redacted - Sensitive Information
Date of Visit: **6/26/2020**

To Whom It May Concern:

Ruthy Gaffey is a patient under my care. She has multiple medical problems such as
pulmonary disease, gait instability with frequent falls, alcohol use disorder and
extensive arthritis.  She has recently had multiple emergency room visits and
hospitalizations. Her husband is her primary caregiver.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Jennifer T Phan, NP

# EXHIBIT A-3

March 19, 2020

Honorable Richard M. Berman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Dear Judge Berman:

My name is Kimberly Teague, I am forty-eight years old, and I am proud to say that Richard
Gaffey is my father. I am a second grade Special Education Teacher in Plainville,
Massachusetts. I hope this letter paints a clear picture of the honest, respectable, fair, and
responsible person that my father is.

My father is the backbone of our family, the constant in my life, and the person who has always
been there for me and supported me in every way throughout my life's journey. Family is
everything to my dad. Not only is our immediate family extremely close, but our extended
family is remarkably close as well. I'm sure you will receive many letters from these extended
family members that attest to how he stepped into a role of great responsibility when his parents
passed away. My dad is the oldest of six children and when they lost their father, my dad stepped
up and took on the role of head of the household. When their mother passed away, he selflessly
took on an even larger role of holding together the now family of six both emotionally as well as
financially. He did this with no hesitation because that is who he is. He is the humblest man who
has never asked for one thing in return his entire life.

My dad was instrumental in fostering a close family unit year after year as he gathered everyone
together for the holidays. Thanksgiving for example is far from typical. Our "immediate" family
of 55 members gathers to celebrate and enjoy family time. Family is the most important thing to
my dad and he has instilled the same mindset in his children and our families. Because of this
strong bond we all have, there is an abundance of memories that many generations have to
cherish and will continue to cherish for years to come.

As I got older he taught me that I needed to work hard for what I wanted. I can't even count the
times he would preach "doing the right thing is usually not the easiest thing to do." Not only did
he teach me these values, but he modeled them as well. He was a big advocate as well as mentor
for me during my high school years through the completion of my master's degree. If there was a
time I wanted to take on an easier course in high school, there were many conversations about
the impact that the easier choice could have on my future. He has the ability to always look at
the big picture. He taught me never to jump into anything. He is the most patient man I know,
and never gets frustrated, even during some difficult conversations. He has been such a role
model in building his passion into a successful career. He always said to us "It's not work if you
love what you do". I am grateful to him that I followed his advice and am lucky enough to love
my profession. If I had half of the patience and compassion this man has, I would be a saint. To
this day I still turn to my dad on a regular basis for guidance and advice. He is always willing to
take the time in his busy schedule to make my concerns feel valued.

When his brother unexpectedly passed away in 2014, he concealed his own pain, and was more
concerned about making sure everyone else was doing okay. During a time of his own grieving
he still took a caretaker role as the patriarch of our family. He handled his brother's affairs and
his families' emotional needs seamlessly, despite his great personal loss.

Over the years he has a formed loyal and lasting friendships both professionally
and personally. His positivity is felt by all who know him. He sees the good in those around him,
always assumes positive intent, and never speaks ill about anyone. I can say with certainty
that anyone that has ever crossed paths with my dad has only positive words to say about

him and asked for anything in return. It is my father's natural inclination to help anyone in need. He asked for anything in return. It is my father's natural inclination to help anyone in need. He thrives from knowing he has lent a hand to make someone's day or life easier. He is a man that seems to naturally attract the trust and respect of others.

This is a man whose moral compass has never wavered. He is one of the most respected role models in our large family. I know that with all my heart that he would never knowingly do anything unethical, let alone illegal. I can say with certainty that he did not do what he pled to, and I hope you can see the situation that he got tangled up in. He has lost so much already; his career, his reputation, and possibly more. After all he has accomplished and done for everyone, he should be basking in his accomplishments of life, enjoying his successful career, and strong family bonds with his siblings, children, and grandchildren. It has been heartbreaking to see his accomplishments stripped from him and the emotional toll it has taken on him.

He lives for his family, and honestly, I don't know what I would do without my dad. His grandchildren love him and look up to him. I want him to be present for every milestone in their journey growing up. I plead with you to take his outstanding character into consideration when making your decision for his sentence.

Sincerely,

Kim Teague

Kim Teague

# EXHIBIT A-4

Honorable Richard M. Berman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007-1312


April 2, 2020


Dear Judge Berman,

My name is David Gaffey and I am Richard "Dick" Gaffey's son. I am
writing to you today to give you some insight as to the type of person my
father is.

I am the General Manager of one of the largest, most successful
restaurants on Martha's Vineyard. In addition to having over 150
employees that work for me, we also are fortunate to serve upwards of
1500 guests a day. Having the opportunity to work with and serve so
many people in an incredibly fast-paced, semi chaotic atmosphere for
almost 20 years has helped me to become a pretty good judge of
character. I am able to see people at their best and at their worst.
Stressful situations have a way of stripping away one's façade and
revealing their true self. That being said, in my almost 45 years I have
seen my father deal with many challenges and many stressful situations.
It would be an understatement to say I have never met anyone with as
much integrity as my Dad.

My father instilled many values within myself and my sister Kim. One of
these are; hard-work, fairness, love of family, honesty, and responsibility.
He instilled these values not just verbally but by actions. His actions.

My Dad worked very long hours when I was growing up, usually leaving
before I was even out of bed in the morning. Sometimes working part
days on Saturdays and Sundays. But he always made plenty of time for us.
I still remember the feeling of joy I had when I saw his car pulling in the
driveway at the end of the day. I would sprint downstairs to meet him at

the door. Regardless of what kind of day I was having, his smile and greeting of "Hey Pal" would make me beam with happiness. He would drop his briefcase at the top of the stairs, go change his clothes and then start to cook dinner. My Dad is an amazing cook. Watching and helping him prepare dinner is what fueled my passion for food and eventually the restaurant industry.

Even after his long days of work he would come home full of energy, excited to see us.  Happily, listen to my sister and I tell him about our days. I would pepper him with all manner of questions which had been rattling around in my curious head.  Being a father myself, I know that having a child ask you a million random questions at the end of the day can be a little trying. "Daddy, daddy, why does this happen...How does this work...What does this mean?" He actively listened though, engaged in what I had to say. Even without Google, he would somehow have the answers to all of my questions.

Although our immediate family consists only of my parents, my sister and myself, we do have a large extended family.  My Dad is the eldest of six children.  His parents passed away early and he was thrust into the role of Patriarch of the "Gaffey Clan", as we lovingly call ourselves.  We now number almost 50 people. We are a close-knit family.  In addition to spending all of the holidays together, we are all fortunate to be able to spend most of the summers together as well.  My grandparents had bought a summer cottage on the Vineyard when my dad was a kid. We all now affectionately call it "The Big House".  Although as our family has grown, we have spread out to a couple of more homes. At one point though, there were about 25 of us spending the summer in "The Big House" which contrary to its name is not a grandiose mansion, but an old summer house built in the 1800's.  Growing up, when I tried to explain the dynamics of our large family and how close we all are to each other, people thought I was making it up.  They couldn't seem to believe that so many people could care so deeply for each other while living under the same roof.   Although we all work as a team to deal with the logistics of getting all of these people together, my dad is the glue that holds us together.

In addition to the countless ways he loves and supports our family, he takes time out of his busy life to help others as well.  Helping colleagues, friends, and even friends of friends with things as simple as a quick

conversation with some sage advice, to actually taking them on as a client, never asking for a thing in return. Just simple charity, because he is a good, honest soul. The amount of people who have come to me over the years to tell me how wonderful my Dad is, or how he helped them in this way or that is staggering. I honestly do not now where he finds the time.

All kids, even really good ones, make mistakes. I know as kid growing up I made countless mistakes. My dad was always there to guide me back onto the path. Sometimes with advice, sometimes with an anecdote, but always as a role model and always with his actions. I became a better person just by watching him and his actions in everyday life. Watching how he deals with the people in his life from family members, to the checkout person at the grocery, to the toll booth operator on the Mass Pike. Everyone. The way he acts in not just the stressful situations, but the happy ones. The exciting ones and the mundane. Watching him make decisions both important and frivolous. In all of these scenarios, one thing rings true time after time. He always does the right thing. His moral compass does not waiver. He does the right thing even to his own detriment sometimes. There is no chance my dad would ever knowingly violate the law. It is just not in his DNA. Having my father as a role model has made me the man I am today. I have a wonderful wife, two amazing kids, a rewarding, enjoyable and successful career. None of these things would have been possible if not for my dad and the values he instilled in me. I can only hope to bring these same values to my children.

Judge Berman, please take into consideration during your sentencing what a truly wonderful, honest and good man my father is. In these times of uncertainty, one thing I am sure of is any time away from his family, friends, and community would be a grave loss.

Thank you for time,

David M Gaffey
David M Gaffey

# EXHIBIT A-5

March 17, 2020

Honorable Richard M. Berman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Dear Judge Berman,

My name is Anne P Conte and I am a sister to Richard (Dick) Gaffey. Dick has always been the rock of our family. He has always been totally honest to his family and friends and provided guidance to all.

When my father died I was eighteen years old. My brother Dick became a father figure to me. He was the one I could always go to for help and advice. I always respected what he had to say and he would always give me reasons for his feelings and advice.

When I married my husband Jack, Dick was the one who walked me down the aisle. We also chose him to be Godfather to our first daughter Kelly, as we knew that we could always count on him to watch over her, as he always watched over me and my siblings.

My brothers and sisters are lucky to have him as a mentor and advisor to all of us. He is a wonderful, compassionate, kind and loving brother, husband to Ruth, father to Kim and David and his grandchildren. He also shares his love with his nieces, nephews and twenty grand nieces and nephews who know him as Uncle Dick.

I hope you can find a way to show leniency with the absence of a prison term. The loss of Dick for any period of time would cause much grief and guidance to the family.

I thank you for your time to read my letter.

Sincerely,

Anne P Conte

Anne P Conte

# EXHIBIT A-6

March 17, 2020

Honorable Richard M. Berman
United States District Court for the
Southern District of New York
500 Pearl Street
New Your, New York 10007-1312

Dear Judge Berman,

As a way of introduction I am Richard J. Gaffey's (Dick) younger brother Bob. I would like to start by saying my brother Dick is the most generous, honest, trustworthy person I know.  We are from a fairly large family of which Dick is the eldest followed by Charlie, myself, Elizabeth, Anne and MaryLynn. Raised as Irish Catholics, we could not be missed at Sunday's Mass, as we took up an entire row. Our parents were far from wealthy however, you would never know, as we had each other and very supportive parents. We learned responsibilities early on as everyone had a chore. We were taught to be honest, respectful and to apply ourselves, both at home and in school. As the eldest, Dick demonstrated these characteristics as a model student being studious and hard working. He was the first in our family to go to college and encouraged us all to do the same. Following graduation he went to work at Arthur Andersen while serving his country in the National Guard. Dick is a big brother we all look up to, respect and feel blessed he is a part of our family.

We have remained a very close knit family throughout the years in spite of losing our parents relatively young, our father at age 59 and mother seven years later at 62. Dick assumed the role of patriarch and quickly became a confidant to each of us, as his calm demeanor and support put us at ease. He has been instrumental in maintaining our family bond over the years; more recently as a pillar of strength guiding us through the tragic loss of our beloved brother Charlie. We are fortunate to have Dick in our family not just for his intellect and strength but for his honesty, support and most of all his love of family.

Dick's role as patriarch has expanded as the family has grown to include 13 children, of which he has two, and 24 grandnieces and grandnephews, of which Dick has four grandchildren. He dedicates time to providing support and love to them all with the same dedication he has to his brothers and sisters. Dick has kept our family together; an example of this is Thanksgiving. Dick carries on the family tradition of celebrating Thanksgiving together by hosting the family, which has grown to well over 50 people.

I have a strong relationship with my brother Dick. He has provided me sound advice over the years both personally and financially. Dick encouraged me to study accounting in college and was there for me throughout my career whenever I asked. I credit my success of becoming a Chief Financial Officer in large part to Dick's influence. In all these interactions I can honestly say, if there is one thing Dick is not, that is being a risk taker. For example, I have approached Dick on more than one occasion on my idea to purchase a 2nd house as a rental property. I could see the upside, however, Dick always cautioned me not to over extend as what may appear to be a great opportunity on the surface could become a much larger burden. As I have observed even in Dick's personal life he has never really gone out on a limb, strayed outside the lines or taken chances that would jeopardize his family, friends or himself. He is extremely thoughtful in the decisions he makes and guidance he provides always faulting on the side of caution.

Dick has a strong work ethic, supportive of others and committed to doing right thing. He is respected within his community both at home and at work. He is known amongst his family, friends and clients I have met, to be the most trustworthy, compassionate and honest individual you will ever know. As the saying goes he is as honest as the day is long.

Dick has suffered tremendously as this case has progressed and our family would be lost without him. I hope and pray that you can find a way to show mercy, leniency with absence of a prison term.

Thank you for taking the time to read my letter in support of my brother, whom we all love and respect.

Sincerely,

Robert Gaffey

# EXHIBIT A-7

March 20, 2020

Honorable Richard M. Berman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007-1312


Dear Judge Berman,

My Name is MaryLynn Antonellis. I am the youngest of six
children and my eldest brother is Richard (Dick) Gaffey. We are
ten years apart and I am writing to you to give you some insight
on the character of my brother.

As a family of eight we lost both our parents at a young age. My
father died when I was fourteen and my brother, Dick, was
twenty four. Dick took on a position as a role model in the
family. He has always been a hard worker and a good student. I
can remember 5 of us proudly attending his Northeastern
University graduation, where he was announced as the
Salutatorian of his class. He had a huge impact on my
determination to attend college. I was the first female in our
family to attend college. At Lesley University I received a
Bachelor of Arts in Special Education and a Master's Degree in
Special Education. The encouragement from my brother Dick
not only impacted my life but the lives of many children.

At the time of my mother's death I was 21 and my brother was
31. That is when his role became so important to my four
siblings and me. We all looked to Dick to sort things and take
care of all the paper work. He has always been there to hold us
up with support, presence in our lives, and financial help when
necessary, even though he was starting his career and family.

Over the years, Dick built a stellar reputation in his field that
also resonated with anyone he met. He always makes time for
others. He helps family, friends and for that matter friends of
friends and family. A good friend of mine relayed a story to me
several years ago that after a car accident that left him paralyzed,
Dick reached out to him and offered to prepare his taxes.  Dick
has been preparing his taxes ever since and would not allow him

to pay, ever. This is a typical act from my brother. The saying among family and friends is, "If anyone is going to Heaven, it's Dick Gaffey." There are many families and friends that have benefitted from Dick's generosity of time, help and understanding.

My husband and I are deeply involved with a non-profit, Boston Partners in Education. My brother is a great supporter, attending every Gala and donating every year, and that continues to this day.

Dick has been the person who kept 5 siblings very close as a family. Each year as we gather at Dick's home for Thanksgiving as a family and friends who would have otherwise been alone, we set the table for 55 people. This is Dick's amazing legacy.

If not for the unselfish, dedicated acts of Dick, I don't know that our family could be as strong as it is today. Family has always come first in Dick's priorities and I hope and pray you understand his goodness and dedication to others. It is through his actions of caring for the five of us that has always had us striving for the same character he modeled for us.

After my mother's death we sold our family home and it was Dick who sorted it all out. It was Dick who pulled us all together and kept us close. We were able to keep our summer cottage, mostly because of Dick. Our neighborhood is a very old one, families have summered there for over sixty years. All of my parent's friends in the neighborhood praised us for being able to run the cottage and summer all together as well as we did. That happened because of Dick. Pretty soon the six of us shared the house with our 13 children and we could all come together as a family because of my brother's help, not only financially but with solid advice in our life paths. Now because of his dedication to family, twenty four more children are blessed to be able to share their summers together, too. The cottage is the heart of the Gaffey family.

One last thing Judge Berman, when my mother died and we all sat in that hospital room, I want you know, you don't have to be under 21 to feel like an orphan because that is what I felt like in that room. But Dick stood up at 31 years old, gathered a group of grieving siblings and did what he continues to do up to this day, serve as a role model throughout our lives. Be kind, do the right thing, help people and always, always play by the rules. He

is the most honest man I know and I hope and pray you consider
my letter and be lenient in your sentencing.

Sincerely,

MaryLynn Antonellis

# EXHIBIT A-8

March 22, 2020

Honorable Richard M. Berman
United States District Court for the
Southern District of New York
500 Pearl St.
New York, New York 10007-1312

Dear Judge Berman,

My name is Elizabeth Allee. I have three older brothers, Dick, Charlie, Bob, and two younger sisters, Anne and MaryLynn. I am very proud to say that Richard Gaffey is my oldest brother.

We were brought up in a middle class family in Watertown, Mass. My Dad, who was ten years older than my Mom, was a loving, strict Catholic, stressing the importance of honesty and respect, and working hard to care for a large family - We are admired by many for the love we have for each other.

Richard was always the one we looked up to, and tried to please. We all called him 'Richard', and it wasn't until his college years, when his friends and future wife began using his nickname Dick. I must say that took a little getting used to, but now he is known by all his loved ones as Dick, Uncle Dick, or Grampy.

He is also known for someone you could go to for guidance with any problem, knowing he would never turn you away

Dick graduated as one of the top in his class

at North Eastern University. He has always been a dedicated worker, spending extended hours and weekends, working hard to be the best at what he does, and treating his co-workers with dignity and respect for all they do.

When we were younger, and our family's dog Cindy, was hit by a car in front of our home while our parents were out, Richard picked her up and rushed her to the vet, but devastatingly, she passed away.

We lost our parents at a fairly young age, and 'Richard' felt the responsibility of being the head of the family. He taught me how to drive, and even kept his cool when I backed into a tree right in front of our home. I was worried the car would roll forward into my mother's car, and mistakenly hit the gas when the car was in reverse.

I got married two weeks before Dick and Ruth were married, and Dick walked me down the aisle. We also were both blessed to have two children each, one boy and one girl. For ten years, I had a very happy marriage, but the next ten we drifted apart. Dick was the one I went to when I realized after twenty years of marriage, that due to an unhealthy relationship, I needed to get a divorce.

Not too long ago, my brother, Charlie, (the only one in our family not married) became ill, and had different complications which enabled him to live alone, so along with his two dogs, Dick and Ruth

had Charlie move in, and stay with them while he was recovering from his illness. Unfortunately Charlie passed away later when he moved back to his own home.

My family is fortunate that our parents had purchased a summer home on Martha's Vineyard, which has contributed to the closeness and love we have towards each other. Uncle Dick has been admired by his nieces, nephews, and grand children. They love to watch him in the summer time, when he finally takes off time from work, and quietly reads while sitting in the rocking chair on the front porch.

Dick has helped me in countless ways; if I need a ride, advice, or financial help.

I believe with all my heart my brother is innocent of any intentional wrongdoing your honor, and feel he has suffered tremendously as this case has progressed.

He is a gentleman, deeply respected by his colleagues, family, and friends.

Respectively yours,

Elizabeth Allee

# EXHIBIT A-9

Honorable Richard M. Berman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Dear Judge Berman,

My name is Anne Antonellis and Richard Gaffey is my uncle. He is my mother, MaryLynn Antonellis' eldest brother, and he has been a large part of my life since I was born. My mother has 5 older siblings, 3 brothers and 2 sisters. I am thankful for that every day, because my mom lost both her parents at a young age. She was 14 years old when their father passed away of a massive heart attack, and 21 years old when their mother died of recurrent metastatic breast cancer. Despite these early loses, a large and tight knit family is one of the best things I have inherited on my mother's side. Without their parents, as the oldest child, my Uncle Dick became the de facto parent. The strong bond between his siblings, and subsequently his children, nieces, and nephews, and all their children (24 and counting!) is due to the way he cared for his siblings during these trying times. His role as protector and provider has been an unquestionable truth throughout my life. His quiet and caring nature is one that immediately puts me at ease and makes me feel safe.

As cousin number 13 and my mother's youngest, I was the farthest from Uncle Dick on the family tree, but that made me no less important to him. I will always cherish the memories I have of him as a child. I can still picture him on the porch of our family house on Martha's Vineyard reading the paper in the morning and a book in the afternoon. As a fellow book worm, I loved being able to sit with him in comfortable silence, reading each summer.

His generosity, in both small and large things, is his trademark. On a random summer night when I wanted my favorite dish for dinner, my Uncle Dick not only made dinner just for me (a big deal in a house of 23), but he taught me how to make it as well. That was the first meal I learned how to make by myself, and it is a staple in my dinner line up to this day.

On a family trip to Italy, when I did not pack a jacket because I thought spring would be warm there, he gave me the jacket off of his back for the entire trip. It's in my closet still, and I smile a little every time I put it on, a reminder of the love Uncle Dick consistently shows me. It is clear to me that he has worked so hard his entire life in order to be able to give to others; that helping and providing for his family and for those less fortunate is what brings him joy.

My uncle is a quietly caring and generous man, and I do not believe he could ever intentionally hurt or deceive someone. Thank you for taking the time to read my letter, and for considering Richard Gaffey's excellent character and lifetime of giving at this important point in his case.

Sincerely,

Dr. Anne Antonellis

# EXHIBIT A-10

March 24, 2020

Honorable Richard M. Berman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Dear Judge Berman,

My name is Brian Antonellis and I am Richard Gaffey's nephew. My Uncle Dick, as we know him, has been a person of great inspiration in my life. From a very young age, I learned of and have learned from his support and dedication to family and values.

My Uncle assumed the patriarchal role in his family at a young age when they lost their father and even more so when they lost their mother. He was the one who was there for his family, but specifically his youngest sister, my mother, who was the baby of the family. Growing up, my mother always told us stories of what Uncle Dick did for her and how he put the family before himself during the toughest of times. His dedication to family was paramount.

As I grew older, I was able to see this dedication come to life. A dedication that goes beyond his consistent presence at family events and holidays. This dedication is something deeper, something that I was able to experience firsthand at our family house on Martha's Vineyard where we would spend summers together under one roof. I am the youngest boy of 13 cousins all of whom grew up in that one house. In this special place our cousins became more like brothers and sisters and our aunts and uncles, became more like parents to us. My Uncle Dick was no exception.

This man, the one who can be found on the porch with his coffee and paper, the elder of the Gaffey family, is the glue that holds it all together. Whether he is lending his time and hands on house projects, organizing and cooking family dinners, sharing stories on the beach or acting as the role of diplomat in family disputes, everyone respects him, his time and point of view. In my 38 years, I have learned a lot from him but most importantly I have learned to work hard so I can enjoy time with my family.

Professionally I have followed in his footsteps, as did many of my cousins. Directly out of college I was hired by a public accounting firm in Boston, PKF, P.C., where I worked for approximately 9 years spending time on both the tax and audit sides of the business. Over the course of my time with PKF there were many instances I looked to my Uncle for professional guidance.

When it came time to move on from the accounting world where I left to work for an international real estate investment company I turned to him. And three years ago, I went to him once again, when I ventured out with a partner to start my own investment company. Each time he helped me through the process with his personal and professional experience, he would bring up very good points for me to consider and provide me with the gentle guidance I needed.

My Uncle is an honest, trustworthy man who I cannot believe would knowingly and willingly defraud the U.S. tax system. I know him as a man that always does what is right no matter what. I do not believe he knowingly hid information or provided guidance to hide information from the government.

His professionalism and dignity are just some of the reasons I admire him most but are the very reasons I would not hesitate to recommend him to so many as a source for tax information. I can tell you that in

every situation where I recommend my Uncle, even for the people that used another tax professional, I have never had anyone tell me anything negative about their experience with him. In most cases, people go out of their way to thank me for making the introduction, stating that he was one of the smartest, most well-spoken and friendly people they have ever met.

Thank you for taking the time to read this and for your consideration of his character. I hope this letter helps you understand the man I have known for all 38 years of my life, the man I believe to be honest, and the man that will be sitting in front of you for sentencing.

Sincerely,

Brian Antonellis

# EXHIBIT A-11

March 29, 2020

Honorable Richard M. Berman
United States District Court for the
Southern District of New York
500 Pearl Street
New Your, New York 10007-1312

Judge Berman,

Richard (Dick) Gaffey is an honest, hardworking family man.  He is also my Uncle and mentor.

Uncle Dick has always been a guiding hand in my development as a child and as an adult.  Whether it was demonstrating incredible kindness in supporting his extended family with love and devotion or counseling me on how to approach challenges in my life, Uncle Dick has been there to guide me through. From a young age I observed his passion for his business, putting in long hours to support his clients' needs.  During my college summers, I'd chat with my uncle on the issues that he was working through to help make his clients successful.  The combination of his strong work ethic, along with the positive impact that he made on clients, led me to start my career at Arthur Andersen, just as my uncle had done.  As I developed professionally, I have encountered client situations that can be difficult to resolve.  I have had many discussions with Uncle Dick to talk through the challenges and he has consistently coached me through with ethics, conservatism, and honesty as the key principals in deriving a solution.

In another instance, my Uncle assisted me in acquiring an item that had been a long standing goal of mine.  What it is or how he helped isn't important, however my Uncle's response to me when I asked how I could thank him is instructive and has now been folded into my life.  He merely asked, that I "pay it forward."  This directive came to me at an age where I was a young professional and the priority was just me, he made me take stock in what was important and that he world is bigger than me. This lesson was humbling and has impacted me daily. Acts of kindness by me towards others will continue to provide my uncle with the satisfaction that others will benefit from the generosity that he consistently displayed, and in turn, I hope those who I have impacted will continue his legacy, and pay it forward.

Thank you for your time to read my letter in support of my Uncle, I request that you show leniency in sentencing.

Sincerely,

Daniel J. Gaffey

Redacted - Sensitive Information

# EXHIBIT A-12

March 15, 2020

Honorable Richard M. Berman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Dear Judge Berman,

I am Richard Gaffey's nephew,  George Allee.  I'm the oldest of thirteen cousins that
include his children.  Our family is very close as we spent most of our summers living
together in the family house that his parents purchased prior to their passing.

Richard is the Patriarch of our family, as he lost his parents at a young age. My mother
told me that after their parents passed away, how important it was to Richard to keep
the family bonds strong and to carry out the family's legacy. This has carried over to
myself and all of my thirteen cousins. I don't think we would be so close if it wasn't for
our uncle.

 He has always been someone who gives without asking for anything in return. I
consider him to be the most kind, honest and ethical man I know. The whole Gaffey
family has always looked up to him and known that he is someone that we can rely on.
Personally, Richard has helped me when I needed it without question. He was the
person I turned to when opening my own restaurant. He is the first person I call when I
have a financial question.  I can't express properly how much his guidance means to
me.  There is no way that we could ever repay him for all his leadership and council
over the years.

Thank you for your time.

Sincerely yours,

George Allee

# EXHIBIT A-13

March 26, 2020


The Honorable Richard M. Berman

United States District Court for the Southern District of New York

500 Pearl Street

New York, NY 10007-1312


Dear Judge Berman,


Thank you for taking your time to consider these words.  My name is Jeff Gaffey, nephew of Richard "Dick" Gaffey.  The extended Gaffey family is a tightly bonded group and this is no different for Uncle Dick and me.  We have spent nearly every summer weekend together, 41 years so far, and often take winter trips up North, to New Hampshire, to visit friends and ski a little.  Uncle Dick is a mentor, second father and, ultimately, friend to me.  I can say with utmost confidence that he is innocent of intentionally committing these crimes.

When I learned that Uncle Dick pleaded guilty to his charges, I was in disbelief.  I know him, only, as being a generous, honest, and, most of all, moral person.  My father is Uncle Dick's youngest brother.  When my Dad tells me stories about his childhood that include his eldest sibling, the stories often came with a tone of exhausting responsibility, a brother on the straight and narrow.  Even photos of Uncle Dick, in what I imagine to be his late teens or early twenties, depict that of a man who was business first (button up shirt, belt and likely a pen in the front pocket).  However, that persona was largely formed on account of their situation as young adults.  Having lost both of his parents, my grandparents, at a relatively young age, Uncle Dick was thrust into being the head of family, responsible for his five brothers and sisters.  Not only did he accept this station, but he excelled as a figurehead for the next two generation of our Gaffey family.  First to attend college, a member of the Air Force, husband, father of two, grandfather of two and first to start his own business.  Uncle Dick is who I turn to for advice, reassurance and just a good ear.  He has never failed to support me.

I would like to share a rather simple story about my Uncle Dick that may give you a better sense of who he truly is.  During my senior year of high school, I was amid finalizing applications to multiple universities up and down the East Coast.  Rather than being ahead of the situation, my parents left the responsibility up to me and I was at haste.  It was only when I had finished that I realized I needed multiple copies of all I had written.  However, I did not have a scanner.  To make matters worse, several of those all-important submissions had to be mailed out that day.  I turned to Uncle Dick for help.  I knew he had a business and, better yet, a huge copier.  I called him rather awkwardly if he could help me with my predicament.  Without pause, he jumped in his car, drover 45 minutes to get me and turned us both right back around to his office.  Not only did he help me with copying my applications, but he

reviewed every section and essay I had penned.  For Uncle Dick, attending college is a very important choice for someone to make, so he didn't want anyone in his family sending out anything less than the best of themselves to the outside world.  At the time I was grateful for his assistance, but looking back today, his actions convey so much more value to me.  It isn't that Uncle Dick was and is willing to do a close friend or family member a favor of most any magnitude, but he knows when and how to prioritize their needs or, in my case, dreams ahead of his own.  It is a behavior that I try to embody, but it is a propensity that Uncle Dick understands best.

Over the past year and a half, Uncle Dick has tried to remain outwardly positive, but his internal suffering is apparent to me.  Though I continue to hold him in the highest regard, I know he feels embarrassed in front of the family and tarnished among colleagues.  He will do whatever he can to prevent others experiencing the pain he has endured.  I believe his plea to these crimes does not derive from malice intent, rather it is another example of Uncle Dick's integrity.  It is the only solution he sees to guard his family, friends, and co-workers from any further distress.  I ask that you please consider the reliable and good man that Richard Gaffey is and demonstrate leniency, taking into account the anguish he has already endured.

I greatly appreciate your attention and wish you all the best.


Sincerely,

Jeff Gaffey

# EXHIBIT A-14

March 27, 2020

Honorable Richard M. Berman
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Dear Judge Berman,

My name is Jenette Jurgens and Richard Gaffey is my Uncle Dick. I am currently a stay at home mom of 2 preschoolers. These days we have been practicing social distancing due to the coronavirus outbreak. Our new normal consists of a lot of reading, arts and crafts, yoga, neighborhood walks, cooking and at the end of each day we cozy up together and watch a movie on Disney+. A repeat favorite movie is *Lilo and Stitch*. If you haven't had the pleasure of watching this film, I recommend it. If you have seen it, you may remember the theme of *Ohana* that takes place throughout the movie. During the course of the movie, we hear several times "Ohana means family. Family means nobody gets left behind or forgotten." Now, you are probably wondering why I am telling you so much about a Disney movie and how it relates to my uncle and I promise to get to that in a minute.

The truth is, I have been procrastinating writing this letter, because it is so difficult for me to think of anything negative when I think of my Uncle Dick. When I think of him, I think of the great man that I know. I think of all the times I have spent laughing with him, listening to him tell stories of my mom and their siblings in their youth. I think of the countless times at our summer home when I mentioned a craving for chicken piccata when getting ready to go to the beach only to come home from my beach day to find that he has gone to the grocery store and not only bought the fixings to make the meal, but has invited over 20 or so of our nearest and dearest to join us for dinner. I am fortunate to have been able to spend these evenings learning from him in the kitchen while he prepped and cooked these meals before cramming into the dining room to enjoy a delicious family dinner with again lots of laughs and stories being shared. I think of the time when I was 17 years old that I ran a stop sign in his Jeep and hit another car damaging both vehicles. Luckily, no one was injured, but I was devastated. I can remember being so afraid and embarrassed to tell my Uncle Dick what I had done. I can also remember his response. He assured me that the most important thing was that no one got hurt and that "accidents happen". He also impressed upon me that what I had done was a stupid and careless mistake and that I needed to learn from this mistake. He let me know in no uncertain terms that he loved me and wanted me to grow from this mistake, slow down and be more aware of my surroundings when driving, and in life in general. I have always taken his advice to heart and this situation was no different.

Getting back to *Ohana* and how it relates to my Uncle Dick. I am one of 13 first cousins who have had the fortune of growing up extremely close. We spent many summer days together cramming into our summer cottage that my grandparents once owned and left to my mom and

her siblings upon their passing. It was here that we played and fought more like siblings than cousins. My cousins and I continue to have an incredible bond as adults. We grew up with the spirit of *Ohana* before I knew there was a word to describe it. My Uncle Dick taught me and my cousins that we were privileged to be able to grow up together like this and were beyond lucky to have each other. My Uncle Dick is and always has been a leader in what I consider our great family. He taught us how to come together as a family in the happiest of days, ordinary days as well as in days of great sadness.

I am no stranger to loss. In April 2014, we lost my brother in law, Kevin, to suicide at age 27. Months later, my Uncle Charlie (one of my mother's other brothers) died unexpectedly. This past fall 2019, we lost my husband's 24 year old cousin and colleague to complications from diabetic seizures. Two months later, my best friend of over 35 years, lost her fiance due a tragic fall. In each of the difficult times, my Uncle Dick has shown up one way or another to be a steady unwavering force of support. He has always been a constant force in modeling what it means to demonstrate love and support to our family. I don't believe I have ever heard him say *Ohana* in so many words, but he has a quiet, calm way of teaching that is beyond words and so much more impactful for me. He embodies the spirit of *Ohana*. I am forever grateful that he has shown me how important it is to love and support one another and how to be there for one another as a family throughout all of life's ups and downs.

My love for my Uncle Dick is strong and fierce. I hope this will help to shed some light on the man you know as Richard Gaffey and the profound sense of loss any time away from him will be for our family. No matter what happens, I know we will get through this together, because no one in our family will ever get left behind or forgotten and we have my Uncle Dick to thank for that.

My sincerest gratitude for you taking the time to read this letter. I hope you and your family are safe and well in these uncertain times.

Jenette Jurgens

# EXHIBIT A-15

March 21, 2020

Honorable Richard M. Berman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Dear Judge Berman,

As a once elementary teacher and now stay at home mom, I don't often find myself
writing formal letters. I am much more versed talking to toddlers and teaching reading.
Never could I have imagined the need for a letter of this kind, so I am at a loss of what
exactly is expected. It is not easy, on so many levels, to sit and write this. What I do know,
however, is just how wonderful of a man my uncle is. That is clear and that is easy to talk
about, so that is what I will share with you today.

My name is Katherine Hawko, and I am a 35 year old stay at home mom to three girls.
Richard Gaffey, is my Uncle Dick. My family has a unique bond; we grew up with our
cousins as close a siblings sharing a house in the summer. My maternal grandparents died
before I was born, and both by the time my mother was barely 21, so her siblings stepped
in, and no one more than Uncle Dick. So to me and my siblings Uncle Dick was and has
always been the head of the family; of his five siblings, the 13 grandchildren, and now 24
great-grandchildren. It is largely because of his love and generosity and spirit that our
close family has the extraordinary bond we do.

Uncle Dick is one of the most selfless and generous men I have ever met. Uncle Dick
finds joy by making someone else smile. As a young girl I have vivid memories of him
sitting with me on the porch singing "K-k-k-k katie" over and over, a song I delighted in
hearing. He was never in a rush and never split his attention. He took time to connect
with each of us in a special way. Everyone finds peace in their time with Uncle Dick. It's a
gift he has to make those in his presence enjoy the small moments in life, and something
he practices daily. He does not need much to be happy, family surrounding him, and a
rocking chair with his morning newspaper is all. He has taught us all to slow down, to
smile, and find our happiness in our family.

Uncle Dick has spent his life giving his time, his knowledge, his money, and anything else
he had. What is so special about his generosity is the quiet nature in which he goes about
it. Uncle Dick is not a man looking for recognition or praise. He truly goes out of his way
simply to make someone else's day. Whether it was cooking our favorite dishes for
Thanksgiving (and always going above and beyond to bring something extra), helping me
find the new granite for my kitchen, or spending hours on the phone answering my most
basic tax and financial questions when I bought my first house, he was always giving of
his time. When his brother (the chef and host of our annual Thanksgiving dinner passed),

Uncle Dick didn't blink an eye in taking on the massive holiday, hosting 50 plus of us for dinner despite the chaos and responsibility that came with it. Uncle Dick never looks for recognition and often you don't even know until he has floated off to bed, that he cooked, or bought your dinner, or took care of that house issue we were all discussing. He was just happy to help. He is a genuinely a good man, that has raised a wonderful family and extended family. Time and time again he has given for us. I do not believe that he has any malice or bad intent in him. He is one of the kindest and warmest men I know. Thank you for taking the time to read my letter and get to know my Uncle Dick as you consider his true character in this matter.

Sincerely yours,

Katherine Hawko

# EXHIBIT A-16

March 23, 2020

Honorable Richard M. Berman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Dear Judge Berman,

For the past forty-four years, I have always looked up to my uncle, Richard (Dick) Gaffey. He is my mother's eldest sibling (out of six) and has always stood as a quiet patriarch of our extended family. Over the years he has provided support and advice to all of us, all while demonstrating the importance of family and how we should always be there for each other.

When I was younger, my mother would tell stories of growing up with her siblings. My Uncle Dick was the first of the siblings to go to college, and he was admired by all of them. I knew that he had built himself a business and was extremely hardworking. At the same time, he always made time to help family members whether it be providing advice, or helping with taxes.

As I grew older, I saw more how my Uncle Dick valued family. He has always been overly generous to all of us. He is my godfather, and he still never misses my birthday or Christmas, even though I am a forty-four year old married woman. I remember when I was fresh out of college, and he had me over to his house for a cooking lesson. He taught my roommate and I how to make pork tenderloin and applesauce, for us this was a gourmet meal. This may seem insignificant, but it is just one example of his generosity with family. He was willing and happy to spend time with a couple of twenty year olds, teaching them one of his favorite past-times, cooking. Our family spends most of our summer on Martha's Vineyard. It is how my cousins, aunts, uncles, and siblings have all shared a special bond that brings us closer every year. My uncle has always been a leader of our extended family. He may sit quietly enjoying the action of nieces and nephews, grand-nieces and grand-nephews, with a "how are you doing?" to everyone that walks by, but we all know that he is there for anyone who needs anything. I've seen him help out anyone who asks, whether it simply be a family member who needs to borrow a car, taking any or all of us out to a nice dinner, or listening when someone who needs career advice. I've consistently watched him put others before himself, and perhaps that could be his greatest fault. He has let construction workers stay at his home when they have no place else, and invited anyone who doesn't have family to our family Thanksgiving dinner at his home. At a time when he is supposed to be retired and relaxing, I still watch him helping others. That may be by running to get food for a family member, or going into the office to help his colleagues. He says yes to anyone who asks.

In turn, I rarely see my Uncle ask for help. Even several years ago, when he battled cancer, he was quiet about it and fought his own fight, downplaying the seriousness of the situation, mostly I think to protect his family from worry. Whenever he has had a health issue, he has always made it seem like it is not a

big deal. He doesn't want anyone worrying about him. He is quiet and strong and deals with things privately.

I know my Uncle has worked hard to build himself a career and reputation as a successful tax accountant. I can only imagine how embarrassed and remorseful he is for the current situation. Most of all, I imagine my Uncle is upset that he has let down his family. My Aunt Ruth has battled some health issues this year, and without my Uncle I believe she will need some outside care. My cousins, Kim and David, have always idolized their Dad. Over the years, he has always helped them, and their families, with anything they need. I've never seen my Uncle Dick judge my cousins for decisions (good or bad) that they've made growing up, he has always just been supportive. He is the same with his four grandchildren. It is how he has been with all of us. No judgement, just quiet unconditional love. I know he has accepted full responsibility for his actions and will work to make restitution. It is our turn to support him with unconditional love.

I hope you can find a way to give my uncle a chance to make amends, while taking into consideration the good person that our family knows him to be. Please consider his age, and those who depend on him when taking into account how he can best make amends for everything.

Thank you for your consideration,

Kelly Martin

Kelly Martin

# EXHIBIT A-17

March 31, 2020

Honorable Richard M. Berman
United States District Court for the
Southern District of New York
500 Pearl St.
New York, New York 10007-1312

Honorable Richard M. Berman;

I am writing this letter in support of my Uncle Dick "Richard Gaffey". My Uncle Dick is my Mom's oldest brother who I have always known to be a loving, smart and patient man who I could always go to for advice. My family is not the typical family. My Uncle Dick is the eldest of 6 children of which my Mom is number 4. Between them, they had 13 children of which I am also number 4. We all grew up summering on Martha's Vineyard together thanks to my grandparents who died at early ages who had purchased a family home on the vineyard in 1965.

As you can imagine, growing up in a home with 11 adults, 13 kids, 2 dogs and 1 bathroom makes a family very close. My cousins and I are all like brothers and sisters and remain so until this day. My Uncle Dick has always been a very stabilizing figure sitting on our porch, reading the paper or a book always with a "how's it going?", giving time and lending an ear to each of us individually whenever we needed it.

He is a devoted family man who has worked hard his whole life to support his family as well as his brothers and sisters whenever they have needed him. He has been there for me on countless occassions for advice and support. He has shown selflessness through stepping into the role of caretaker and provider after his parents died for his whole family.

Please consider these factors when decisions are made for a man who has made this world a better place for many.

Sincerely,

Lisa Barmak (Allee)

1

# EXHIBIT A-18

March 27, 2020

Honorable Richard M. Berman

United States District Court for

The Southern District of New York

500 Pearl Street

New York, New York 10007-1312

Dear Judge Berman,

I am a niece of Richard Gaffey. I am a forty-one year old registered nurse living with my family in Massachusetts. I am writing this letter in support of my uncle, "Uncle Dick" Gaffey.

Uncle Dick is my mother's oldest brother. There are six siblings, and together with their children and grandchildren, we have a large, loving, supportive family. We all spend our summers together, and these are my most favorite times. Uncle Dick is a husband, brother, dad, grandfather, and beloved uncle.

He is supportive and helpful to all of his family members. I remember a time in my early twenties when I was out late at night. I had been drinking and was unable to drive home. Despite the hour of 2 am, Uncle Dick hopped in the car, and came to pick me up and bring me home, no questions asked. He is there when we need him. I especially see this in the way he cares for his wife, Ruth. He takes excellent care of my aunt. He cooks for her, and has cared for her recently during a lengthy illness. I worry about how she will get along without him. She depends on him for meals, and care.

He is a calm, gentle soul. This trait has helped many of us through the difficult times. One of his siblings, Charlie, died a few years ago. It was a sudden, unexpected death. We were all devastated. Yet, Uncle Dick, remained calm and loving and helped aid us through this tragedy. We all felt his quiet strength and it carried us through, during this period of heartache. He knew all the right steps to take. We would have been lost without his guidance.

He is generous and supportive. My husband, Scott, is a twenty- year marathon runner for The Leukemia/Lymphoma Society. Uncle Dick has always been one of the first to donate to Scott's fundraising efforts.

He is a smart and an avid reader. He reads the newspaper daily on his porch in a rocking chair. He always shares his papers. He reads book after book. Yet, if you stop to visit, he will gladly, put down his book and chat with anyone who comes to visit. We will all miss seeing him rocking and reading.

Thank You, Your Honor, for reading this letter, in support of my uncle. I hope this can give you a glimpse of what an important member of our family he is. I appreciate you taking time to read this while you deliberate. Please, understand, "Uncle Dick", Richard Gaffey, is well-loved and very special to many of us.

Sincerely,

*Patricia A. Lundin*

Patricia A. Lundin

# EXHIBIT A-19

Robert P. Gaffey

Redacted - Sensitive
Information

31 March 2020

Hon. Richard M. Berman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Dear Judge Berman:

I write for myself and on behalf of my wife, Kimberly Dean, respectfully asking the Court to show
leniency in sentencing my uncle Richard J. Gaffey. Uncle Dick is unfailingly kind and generous—a key
part of our large, tight-knit family—and I hope the Court will take these qualities into account in
reaching its decision.

By way of background, I am 48 years old and work as the Vice President of Finance for a small
biotechnology company in Cambridge, Massachusetts. My father is Uncle Dick's younger brother. I am
the second oldest of thirteen Gaffey cousins and am particularly close in age to Uncle Dick's daughter,
who is only a month younger than me. Uncle Dick's son is the same age as one of my younger brothers.
Because of our age proximity, Uncle Dick's kids and I and my brothers grew up more like siblings than
cousins.

We Gaffeys are an uncommonly close extended family, and Uncle Dick plays a big part in making our
most important family times possible. For example, for the past several years, Uncle Dick and his wife,
Aunt Ruth, have hosted Thanksgiving dinner at their home. Although hosting a holiday may seem
unremarkable, it is a tremendous production and sacrifice with our group, which can comprise as many
as fifty adults and children some years. Uncle Dick and Aunt Ruth have opened their home—and
absorbed the chaos of the set up and clean up—all so we can be together on that special day.

When I think of my Uncle Dick, I think of how kind he is. I do not necessarily think of grand gestures,
though those certainly do exist, but rather acts of everyday kindness he has shown to me, my cousins,
my friends from college—anyone and everyone whom he has come to meet. I think of his lending me
his car so that I could get to work, buying my cousins and me sweatshirts on a chilly day while we were
all out to lunch, or having one of my brothers pick up something for a terrible cough my wife had one
New Year's Eve. No one ever asked Uncle Dick to do these things, and nothing compelled him to do
them. They are just part of who he is. He is someone who has always put others before himself.

Uncle Dick's kindness has also played an important role in my career. After completing my
undergraduate degree, at a time when I had no clear sense of what I wanted to do professionally for the
long term, Uncle Dick introduced me to the Northeastern University Graduate School of Professional
Accounting. His advice and conversations I had with those in his network led me to enroll there and
ultimately to obtain my master's in accounting and MBA. During my studies, he was always happy to
respond and help with questions I had even though he had his own busy practice. The Northeastern

program paved the way for me to become an auditor at a then-Big Six accounting firm before moving into private industry and the role I hold now.  I am confident that I would not be where I am professionally were it not for Uncle Dick's guidance and support.

I appreciate the opportunity to share some of my experiences with my uncle Richard J. Gaffey and my impressions of his character.  I hope the Court will consider Uncle Dick's kindness and generosity and demonstrate leniency in determining his sentence.

Sincerely,

Robert P. Gaffey

# EXHIBIT A-20

Honorable Richard M. Berman

United States District Court for the

Southern District of New York

500 Pearl Street New York, New York 10007-1312


Dear Judge Berman,

    My name is **Redacted - Sensitive Information** and I am Richard Gaffey's granddaughter. I am fourteen years old and have known my grandfather my whole life. I am a freshman in highschool, and I do horseback riding. I have been riding for seven years, and I actually started on my seventh birthday. I take horseback riding very seriously but also have a lot of fun, and I go to the barn everyday after school, and all day on the weekends. I have definitely found my passion, and riding is something that I want to do for the rest of my life without a doubt. Now, all of this would not be possible without my grandfather. Even though he may not be the most knowledgeable horse person out there, he is one of my biggest supporters, and is the person who has given me such an amazing opportunity. He pays for me to lease my horse Dream, go to shows in the summer, take lessons with trainers, and do something that makes me happy, because he cares about me. That is one of my grandfather's amazing traits, is that he cares. The word "care" is a very genetic word used to describe a lot of people and things, but in this case I mean it from the bottom of my heart.

    My mom's side of the family (my mom is Kim Teague, daughter of my grandfather), is a very close family, and I have a lot of relatives. Martha's Vineyard is an island that means something special to every single person in the family, and to me it means my second home. It all started long ago, way before I was born. My grandfather is the oldest of his five siblings, he has two brothers and three sisters. My grandfather's dad passed away when he was about twenty years old, So he and siblings continued to grow up with just their mom, until my grandfather was thirty one, and his mom passed. I can only imagine what a tragic time that was for everyone, but I would not exactly know because I was not alive for that. However, I do know that my grandfather needed to put on a brave face for his younger siblings, put aside his sadness, and take care of his family, which is just what he did. In my eyes, that is something that takes a lot of

courage and love, which my grandfather has an exceedingly amount of. You may be wondering how this leads to the Vineyard.

There is a house on the Vineyard, it is now called the Big House. That is the house that my grandfather and my great aunts and uncles stayed and grew up in while they were on the Vineyard. After my grandfather's parents passed away, the Big House was passed onto him and his siblings. Although this was a kind of a big ask, they all did their part and stepped up to the plate. As everyone grew older, they got married and had kids of their own, and then those kids had kids of their own, which leads to my generation of children. The Big House still stands tall and strong in the same place, and in fact, we have kind of grown in terms of houses. We could not all fit in that one house so now we basically take up a whole street. It has been a blessing in my life to be able to have such an amazing opportunity to be so close with my family. I hope that as we all grow old in age, I can take part in keeping such a beautiful thing alive, just like my grandfather did.

Just another example of how incredible my grandfather is, would be when my great Uncle Charlie passed away in the year 2014. I was not very close with him, however, he was still such an amazing person and everyone in the family was absolutely devastated. I was in fourth grade at the time, and his wake was the first wake I ever went to, as well as his funeral. I distinctly remember walking into the building where the wake was being held. I remember my grandfather's sister-in-law, my great Aunt Kathy, telling me that everyone was going to be sad and that it was ok that everyone was going to be sad. As all the family and friends arrived, there was lots of hugging and crying, especially from my mom. My grandfather was there for her and comforted her. He was a shoulder to cry on for everyone. Seeing as this was six years ago, I cannot remember every detail, but I do recall my grandfather standing tall, helping everyone, and trying to make people laugh and smile when the time was right. I especially remember this after he was buried and we had all gathered in a restaurant. This may sound very similar to what my grandfather did after his mother died, but the only thing that is different is that I was there to see it. My grandfather is truly such a kind hearted man.

Overall, if I were to describe my grandfather in just a few words I would say that he is a man of wisdom, kindness, passion, honesty, someone who loves his family to the moon and back

a million times, and he is someone who is very special to me. I hope that I could grow to be such a person of great morales and values as my grandfather Richard Gaffey. I hope that you can take all of this into consideration while making your decision. Thank you.

Sincerely,

Redacted - Sensitive Information

# EXHIBIT A-21

March 31, 2020


Honorable Richard M. Berman
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Dear Judge Berman,

My name is [Redacted - Sensitive Information] and I am Richard Gaffey's granddaughter. I am currently 16 years old, and my grandfather has shown nothing but care and compassion to every single person he meets throughout those 16 years, no exceptions.

Starting from long before I was born, a family house on Martha's Vineyard, known as the Big House, was a safe place for the family to gather. Over the years, our family has grown tremendously, and we now own 4 houses all within walking distance of one another. Although we stay in different houses, the dynamic of the family has done nothing but grow stronger.

Being the oldest of about 23 other cousins in my generation, it can become lonely at some points. One day I asked my grandfather if I was allowed to bring one of my friends down for the weekend to help this loneliness. Without hesitation, he responded to me by saying, "Of course, that's why we have this house". Over the course of the next few summers, I brought friends down for weekends or even a week. Every single one of them had the same thing to say on our way home... that they felt overwhelmingly welcomed, like they were part of the family. This was no coincidence, as my grandfather goes out of his way to make sure that every person belongs, even if he may never see them again.

That is one of the traits I admire most about my grandfather, his ability to make anyone and everyone feel like they belong. Even within the family, 4 different houses do not stop us from being together all day, and I feel my grandfather plays a big part in that. The Big House is somewhat of the staple house, as that is where everything started. Eventually his brothers and sisters needed to find another house because families were growing and more space was needed. My grandfather was the most recent to purchase a new house, and if you stand on the porch of this house, you have a clear line of sight to the Big House, the staple. This was very much intentional because family comes first to him.

When my sister and I were younger, we would go out to Sunday dinners with my grandparents at the same restaurant, Jimmy's Pub in Mansfield. Ma. Although it does not seem like much, it was always a highlight of my week because I got to spend time

with my grandparents. This continued for many years, and even though a few Sunday's may have been missed, overall it was very consistent. This consistency was important to me because it allowed me to get to know my grandfather. During these dinners, there was never a sense of going through the motions, or never a sense of him being there because he felt he *had* to, it was because he *wanted* to.

I feel my grandfather has had an impact on the person I have grown to be, and am still becoming. Just by sitting back and watching him, I have learned how to care unconditionally, make people feel a sense of belonging, and learned the importance of keeping strong connections within my family.

This family would not be the same without my grandfather, your honor. I ask of you to please take into consideration the man my grandfather is, and all he has done to make even the smallest of impacts on the people he meets. I believe with all of my heart that he is an innocent man, and ask you judge him not only based off of what he has been accused of, but off of the incredible character he has proven to all of us he is.

Sincerely,

Redacted - Sensitive Information

# EXHIBIT A-22

Honorable Richard M. Berman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

April 6, 2020

Dear Judge Berman,

My name is Julie Gaffey and I am a Kindergarten teacher at the Oak Bluffs
Elementary School on Martha's Vineyard, however this is not how I know Richard
Gaffey. I have known Richard (Dick) Gaffey since 2005, when I first met his son,
Dave Gaffey. Fifteen years later, Dave is my husband and the father of our two
amazing sons, [Redacted - Sensitive Information] and [Redacted - Sensitive Information]

I will first speak of the character of my husband, as he would not be the man he is
today without the lifelong guidance and love from his father, Dick. From the
moment I met Dave, I recognized the love and dedication he has for his friends,
family and his occupations. Within months of meeting Dave, I was welcomed into
a very large, loving family with open arms. I had never known what it was like to
be part of such a tightly knit, caring family. I quickly learned how lucky I was to be
joining the Gaffey family.

At the head of this tightly knit family is Dick, the ever present, quiet leader whom
everyone respects and adores. The Gaffey Family spends as much time as they
possibly can together, especially in the summer months on Martha's Vineyard.
Dick's brothers and sisters spent time growing up at their summer cottage which
became known as "The Big House". As the family grew, the rooms of the house
were bursting with not only people but love, laughter and strength. "The Big
House" became the heartbeat of the family with Dick overseeing the behind the
scenes running of the family home. While working tirelessly at his own job and
keeping the family home up and running, you still could always find Dick on the
front porch, in a rocking chair with his coffee and Boston Globe quietly soaking in
the family time, while children of various ages race past him.

Dick has four immediate grandchildren and he could not be more proud of [Redacted - Sensitive Information]
[Redacted - Sensitive Information] and [Redacted - Sensitive Information] Each time the children see him, they are full of exciting
news to share with Grampy. Whether it be about basketball, horseback riding, or
swimming he is always thrilled to hear their stories. Grampy is a major part of his
grandchildren's lives and it would be a tremendous blow to them to lose him.

While I do not know Dick in a professional manner, I do know how highly regarded he is by his clients and friends. The qualities that he shows in his daily life have proved to me that Dick is not only a loving father and grandfather, but also a meticulous, intelligent, professional man who only knows how to do the right thing.

In closing, I hope that with numerous letters, a picture has been painted by the many lives that Dick has touched. I hope that these letters have shown what a tremendous influence he has had on the people in his life. With Dick's support and guidance, my husband has grown into the hard working, dedicated, man he is today. I am proud to be part of the Gaffey family and I can only hope you can see Dick for who he really is and give my sons the chance to spend time with their Grampy and learn to become loving, hard work and generous young men.

I appreciate your time,

Julie Gaffey

# EXHIBIT A-23

Honorable Richard M. Berman

US District Court for the

Southern District of New York

500 Pearl St

N.Y. N.Y. 10007-1312

March 23, 2020


Dear Judge Berman,

My name is Raymond Teague. I am 49 years old, a husband, a father of two girls and Dick's son-in-law.

It was 1998 when I meet Mr. Gaffey for the first time. I say Mr. Gaffey because when I initially meet any one of my friends parents it is always as Mr. or Mrs. I was friends with his son Dave for a couple years and just meet his laughter Kim a few weeks earlier. I was invited by both Dave and Kim to join them on a ski weekend in North Conway. When we arrived at the condo I was introduced to a large number of people including Mr. and Mrs. Gaffey. Thats how it was, everything the Gaffeys do is with a large contingency of family and friends. The next morning everyone headed to the mountain to go skiing. I remember walking toward the ticket office to purchase my lift ticket when Mr. Gaffey walked up to me and handed me one. I don't think I really knew how to take it, this man I just met a night earlier went out of his way to make me fell welcomed.

Now I am going to try and explain the concept of " The Big House" so you can understand Dick and the type of person he is. The house is located on Marthas Vineyard and is the hub of the Gaffey family. It was just over 20 years ago when I first walked into what I called the compound for the first time. Being a new comer to this environment can be overwhelming at first, just the amount of names one had to try and remember and associate those names with the correct faces was a task of its own. There was my father-in-law and his five siblings then thirteen cousins in the younger generation not to mention everyones friends which were always welcomed. There were family dinners that had anywhere from 30 to 40 people. The dining room would be set up in such a way that some of the people would sit down and not be able to get up until dinner was over, which normally wouldn't be bad, but these gatherings would last for hours. At the end of the dinner everyone would either clear the table, put away left overs or wash dishes. The

night would not end there, some would hang out in the kitchen, some would remain in the dining room and still others would head out to the porch. Eventually people would call it a night and head to their respected bedrooms which were packed to capacity. I can remember sleeping on the floor on air mattress and being able to hear people on the front porch still talking, not wanting the night to end. The sense of belonging doesn't elude one for long, the Gaffeys make everyone that comes into the house feel welcomed and at home. At the head of this household is Dick Gaffey. This is the period in my relationship that I went from calling him Mr. Gaffey to Dick. He could not have made me feel anymore part of the family, simply by being himself.

Over the past two decades the family has grown and surpassed the capacity of the original family house. I think it started with Aunt Mary and Uncle Joe ( Dick's sister and brother-in-law) then it was Uncle Bob and Aunt Kathy (Dick's brother and sister-in-law) and finally it was Dick himself that purchased their own family houses. All of these houses are within walking distance of each other, which is not by accident, there wouldn't be the same cohesiveness if one could not walk a hundred or so yards from one house to the next. Sitting on the porch of Dick's house you can see the porch of "The Big House" which itself is pretty insightful of his commitment to keeping family close. It is not only for family he already has but to expand on future family and friends. For example, I wanted to invite my best friend Ross, his wife Soraya and their two children down for a weekend. When I asked Dick if that would be okay his simple response was "of course ,thats why we have it", not thats why I have it, but rather thats why we have it. To Dick, it's simple, no need to complicate anything, it's all about family and friends.

I've never heard Dick raise his voice in anger, say anything without contemplating about it, nor have I ever heard him speak of anyone with contempt. I can not stress how much Dick does for everyone, yet I have never seen him concerned about receiving credit or recognition from anyone. To me the strength of Dick's character is measured by the amount of people in his life that he does and would do anything for, and that is not a one sided equation, I can not think of a single person that wouldn't do the same for him. I for one can say without hesitation, that I am a better person for having Dick Gaffey in my life. I plead to you, your honor, that Dick be treated with as much respect and fairness as he has shown everyone throughout his life.

Sincerely yours,

Raymond Teague

# EXHIBIT A-24

April 20, 2020

Dear Honorable Judge Berman,

My name is Lindsey Sawyer, I am writing in reference of Richard "Dick" Gaffey. I have tried many times over to write a succinct description of my relationship to Dick, while also capturing what he means to me. Logistically, Dick's brother is married to my aunt, but emotionally, he is my uncle. Despite having no blood relation, "Uncle Dick" has always made me feel like I was one of his true nieces or nephews. To most people, *uncle* may not seem like a big deal, but when you understand what family means to Dick Gaffey, you understand it means you are truly loved and cherished.

Dick comes from a close-knit family of six kids. His parents worked hard to save up and buy a family house on Martha's Vineyard, where the family could spend summers together. The house was passed down to Dick and his siblings, where they, too, brought their families to spend time together. Unlike other families who share a summer home, the Gaffey's did not split the summer into different weeks for each family, instead they split the house up, so each family had a space (or a shared space), so that everyone was welcome to come and spend time together. As you can imagine, with 6 siblings, spouses and their collective 16 children (and now their children, too) the house could get pretty full at times. It is during the times that the house is filled to the brim that Uncle Dick is at his happiest. On the front porch, in a rocking chair is his preferred spot in the house. I think this is because he is able to greet and chat with anyone coming or going. It doesn't matter if it is Friday evening, or early Sunday morning, Uncle Dick is on the porch sitting under a sign that reads "Happiness Is...", waiting to spend time with and enjoy whatever family is around.

Sunday mornings might be his favorite. Uncle Dick wakes up, walks to the corner store to buy a coffee and the newspaper, and returns to his rightful spot on the porch to read. As other adults stay asleep inside, the young children in the house begin to rise. Uncle Dick welcomes them on to the porch with a predictable "well, hello, there", and keeps them out of trouble, giving their parents a few more precious minutes of sleep. It is not uncommon to walk by the house and see Uncle Dick with a cold cup of coffee and an unread newspaper with a smile on his face surrounded by young children playing. It doesn't matter the age, Uncle Dick just loves spending time with family.

Over the years, he and his wife have always made it a point to attend all of my special events; from my First Communion to my graduations and my wedding, they attended them all, despite having a large family of their own with a lot of nieces and nephews. But that is not what makes Uncle Dick feel like family. It is all of the times he has stopped what he was doing to hear about what was happening with my students at school, it is the times he made an extra effort to make sure I was doing ok after my dad died, it is the times he got up out of his beloved rocking chair so I could sit and enjoy my cup of coffee that make me feel like part of the family.

Like so many others, this pandemic has hit our "family" especially hard. It is crushing to know Uncle Dick has already been in isolation from his family since mid-march with no end in sight. While I do not know circumstances that lead Uncle Dick to be in the position he is in, I do know that what he did does not paint a complete picture of who he is. He is a kind, family-orientated man who truly cares about the well-being of others. It is my hope that you take into account his complete character as you determine his sentence.

With Greatest Respect,

Lindsey J. Sawyer

# EXHIBIT A-25

Honorable Richard M. Berman
United States District Court for the
Southern District Of New York
500 Pearl Street
New York, New York 10007-1312

Dear Judge Berman,

My name is John (Jack) Conte and I am writing this letter in support of Richard (Dick)Gaffey.

I first met Dick as I was dating his sister Anne and even though I was only 6 years his junior, I was immediately impressed with his calm and pleasant manner. Right away he seemed like the type of person that one could feel comfortable and enjoyable to be with.

When my wife Anne's father passed on at age 62, Dick became the father figure as well as the guiding light of his siblings. He was also the anchor and advisor to his mother as to financial matters and keeping her calm in moving forward.

My wife has always been comforted by Dick and viewed him as a father figure. We asked him to walk her down the aisle on our wedding day. We also asked Dick to be the Godfather of our first born daughter Kelly, as we knew he would honor that role if anything were to happen to us.

Dick's easy going manner makes it easy for one to confide in him and ask him his thoughts on things in your life that may have significant consequences. One such thing in my life was that my wife was pregnant with our first child as I lost my job due to layoffs at the company I was working for. It was in a time when we were in a recession and jobs were hard to find. I called Dick and asked if he may have some time to talk with me. He not only made the time but spent hours with me going over options for me to explore and ideas to pursue. Most importantly he calmed me down and assured me that he would help Anne and I with whatever we needed. His guidance did help me land a job.

Dick was also there when we were having an issue with our 10 month old daughter Jenette who was having some medical issues. We had brought her into the Dana Farber Cancer center at the advice of her pediatrician. The cancer center ran some test and we were informed that the initial test all pointed in the direction of Leukemia and that we were to bring her in the following morning for a biopsy that would determine whether or not she had Leukemia. Dick called me at around 11 pm that evening and stated he knew I wouldn't be sleeping. He asked how his sister and Jenette were doing. We talked for quite awhile and he calmed me down and assured me that he would be there for us and help us with whatever we needed if she did have Leukemia. Fortunately for us it was not Leukemia, but Dick's call to me meant so much when my mind was spinning for my daughters well being. It had a very calming effect and made me feel that my wife and I would have support if needed.

Dick has always been there for us as well as other family members, friends and customers. He has a great way to explain things whether it be family matters, financial matters, business decisions or other issues. I have always had discussions with Dick prior to making any financial decisions and he has always pointed out to me whether or not he thinks my idea is a good idea or not and why. I truly value his knowledge and candor and he has always pointed me in the right direction.

I hope that you will consider leniency when it comes to making your decision.

Respectfully,

John Conte

# EXHIBIT A-26

March16, 2020

Honorable Richard M. Berman
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Dear Judge Berman,

My name is Joseph Antonellis.  By way of introduction, I am the
retired Vice Chairman of State Street Bank in Boston. I am writing to
you to tell you of my relationship to Richard (Dick) Gaffey and to
give you my impressions of his character. I have known Dick for over
48 years. We first met when I started dating his sister, MaryLynn,
whom I married in 1978.
Dick, ten years my senior, has been a role model, mentor and
confidante, as well as a beloved brother in law. Although I am the
youngest of four and have my own older siblings for advice and
counsel, I often looked to Dick when seeking advice on career,
business opportunities and of course taxes.

Dick is always willing to share his advice and counsel to family and
friends. I have a dear friend whose family won the Massachusetts
State lottery.  The family did not have a lot of money at that point and
did not know where to turn for advice and direction or even what to do
with the money.  Dick stepped in and connected them with financial
advisor experts he knew in the industry and promised to help them
with their taxes, which he continued through last year to do at no
charge.

I see Dick quite a bit in the summer as we, the extended family, all
summer in Oak Bluffs, Massachusetts.  Dick's family has been
summering there for well over 70 years.  Dick's six siblings and their
families all summer there and after the loss of their parents at young
ages for his siblings, Dick stepped in as the Patriarch, holding the
family together and providing moral support when needed as well as
financial support, even though he may not have been in a position to
be so generous.

Because of the way Dick treats everyone with dignity, generosity and
deep emotions, I coined a phrase that now all his friends and family
use when talking about Dick.  The phrase is, "if Dick doesn't get into

heaven then none of us will." Throughout my business career whenever I encounter someone who knew Dick, they always, and I am not exaggerating, always tell me of their deep admiration for Dick, and many add a story of how he personally helped them at one time or another in their careers.

When news broke of the charges against Dick, many people reached out to me to relay their disbelief and offer any assistance. One was a Senior Partner at a major law firm in Boston who grew up with Dick and his siblings. This individual offered his professional help to Dick in any way that it could help. Another Senior Executive at a Major Investment Bank has kept up a running conversation with Dick and has offered what ever help he could. I am sure you will receive letters from many of these individuals now that the case has moved to the sentencing phase.

In closing I wish to tell you that I believe with all my being that Dick is an honest and good person. He is one of the most caring and compassionate men that I have met. I have never heard anyone say anything negative about Dick, nor have I ever heard Dick say an unkind word about anyone.

This case has caused Dick much pain. It has destroyed his dignity and ruined his self esteem at a time in his life when he should be savoring his many achievements, his family which is truly dear to him and his impeccable career.

Judge Berman, I hope you take my thoughts and opinions of Dick into consideration during sentencing. Dick is a good, good man and is deserving of whatever leniency that you see fit to offer.

Very truly yours

Joseph C Antonellis

# EXHIBIT A-27

March 23, 2020

Honorable Richard M. Berman
United States District Court for
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Dear Judge Berman,

By way of introduction, my name is Brian Hawko. Richard Gaffey, or Uncle Dick as he is affectionately known to far more than just his 11 nieces and nephews, is the uncle of my wife, Katie.

I'd like to first start by talking about the Gaffey family as a whole, as their relationships and closeness are something I've been in awe of for the 15 years I've known them. I grew up in a relatively small family and our Christmas or Easter dinners consisted of the four of us in our immediate family, or six if my grandparents were in town. I have several cousins, but most of them we only see at weddings or funerals. I met my wife, Katie, our junior year at Boston College and it became immediately evident that her family was different. She is one of 13 cousins and the connections between them are all that of siblings. Lots of people have large families, but I have never seen a family of any size as close as the Gaffeys. They are also extraordinarily loving, welcoming and accepting. I felt immediately initiated as part of the group and I consider Gaffey cousins and their spouses as many of my best friends today. Katie's parents, MaryLynn and Joe, have been like second parents to me and I am forever grateful for unflinching love and support I've received over the years. Their effortless ability to make me feel comfortable, part of the family, and included in everything since day one is something for which I'll never be able to properly put into words how much it has meant to me. Katie and I now have three daughters, aged six, three, and six-months, that we are raising in Belmont, MA, and they are lucky enough to have 14 of the 24 Gaffey second-cousins in town. This infrastructure of support has had tangible impacts on the children allowing them to feel comfortable and confident in any new situation as they generally always have a cousin to go through it with.

At the heart of the Gaffey accepting and loving nature, setting the tone for the two generations to follow, have been the six Gaffey siblings: MaryLynn, Aunt Anne, Aunt Beth, Uncle Bob, Uncle Charlie (deceased), and most importantly Uncle Dick. Dick became the patriarch of the family at too young of an age as both of their parents died fairly young. His ever-positive attitude and support set the tone for how the family would react and grow over the years to ultimately become the family I have immense pride to be a part of today. I have known Uncle Dick for 15 years. He's provided my wife and I sound advice over years on finances, taxes, and buying our first home, always taking time to thoroughly guide us and make sure we fully understood everything. I have never once heard someone say a negative word about Dick – he is respected and adored by all who know him. I can't recall ever even seeing Dick angry – his consistent, level headed, and easygoing nature is admirable and something I strive to emulate in my own life. His generosity both with his time and money is unmatched, and the most impressive thing about it is the quiet and unassuming way he goes about it, never looking for credit or praise.

The Gaffey family spends large portions of their Summer on Martha's Vineyard, and I cannot picture our morning walks to go get coffee and donuts for the kids without walking by Dick's smiling face on a rocking chair as he puts down his newspaper to wave hello and chat. I pray that there is a way this can come to resolution without a prison term and any leniency you see fit to grant would be immensely appreciated.

Thank you for taking the time to read this and for considering the character of Uncle Dick.


Sincerely,

Brian Hawko