**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                   18 CR. 693 (RMB)

   -against-

                                                                                 **ORDER**

RICHARD GAFFEY,
                Defendant.
------------------------------------------------------------X

       The sentencing scheduled for Thursday, September 24, 2020 at 10:30 AM will be held by video via Skype for Business.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial In Number: +1 917-933-2166
       Conference ID: 248450472


Dated: September 22, 2020
       New York, NY

                                                    _____
                                                          RICHARD M. BERMAN
                                                              U.S.D.J.