UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                18 CR. 693 (RMB)

-against-

**ORDER**

RICHARD GAFFEY,
                Defendant.
------------------------------------------------------------X

      The sentencing scheduled for Thursday, September 24, 2020 at 10:30 AM will be held by telephone.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 6933

Dated: September 24, 2020
       New York, NY

                                    _____
                                      RICHARD M. BERMAN
                                          U.S.D.J.