**Criminal Notice of Appeal - Form A**

**NOTICE OF APPEAL**

United States District Court

Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 2 2020
```

Caption:

United States v.

Gaffey

Docket No.: 18 CR. 693 (RMB)

Hon. Richard M. Berman
(District Court Judge)

Notice is hereby given that Richard Gaffey appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ▢ _____ (specify)

entered in this action on September 24, 2020
(date)

This appeal concerns: Conviction only ▢  Sentence only ✓  Conviction & Sentence ▢  Other ▢

Defendant found guilty by plea ✓ | trial ▢ | N/A ▢

Offense occurred after November 1, 1987? Yes ✓  No ▢  N/A ▢

Date of sentence: September 24, 2020  N/A ▢

Bail/Jail Disposition: Committed ▢  Not committed ✓  N/A ▢

Appellant is represented by counsel? Yes ✓ | No ▢  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | William J. Lovett |
| Counsel's Address: | Hogan Lovells LLP |
| | 125 High Street, Boston, MA 02110 |
| Counsel's Phone: | 617-371-1007 |
| Assistant U.S. Attorney: | Eun Young Choi/Thane Rehn |
| AUSA's Address: | 1 St. Andrews' Plaza |
| | New York, NY |
| AUSA's Phone: | 212-637-2187/2354 |

_William J. Lovett_
Signature

3 Onondaga Lane
Medfield, MA 02052

CERTIFIED MAIL

BROCKTON MA
20 OCT 2020

7020 0090 0001 2933 3733


UNITED STATES POSTAL SERVICE

1000    10007

U.S. POSTAGE PAID
FCM LETTER
MEDFIELD, MA
02052
OCT 20, 20
AMOUNT
**$5.80**
R2305K134591-11

RECEIVED
2020 OCT 22  PM 2: 24
U.S. ATTORNEY'S OFFICE
S.D.N.Y.



The Clerk of Court of Appeals
U.S. District Court Southern District N.Y.
500 Pearl Street
New York, N.Y. 10007

10007-133099