Exhibit B

## Declaration of Kimberly Teague

I, Kimberly (Gaffey) Teague, state as follows:

1.  I am the adult daughter of defendant Richard Gaffey.  I submit this declaration in connection with my father's Motion for Compassionate Release.

2.  My father surrendered to serve his sentence at FMC Devens on November 30, 2020.

3.  Since his surrender, neither I nor anyone in our family has been able to have any communication with him.  He has not called, we have not received any written correspondence, and we have not received any e-mail correspondence through the BOP email system.

4.  It has been very difficult to get information about my father's condition from FMC Devens. Often, the phone at the facility would ring for an extended period of time with no answer.  However, I was able to speak with someone on a handful of occasions.

5.  On December 24, 2020, I was informed that my father had tested positive for COVID-19.

6.  On January 6, 2021, I was informed that my father was taken to an outside hospital on December 27, where he received inpatient treatment until he was returned to FMC Devens on January 6.

7.  If my father is released, I will make arrangements to pick him up from FMC Devens and transport him to his home in Medfield, MA. He would be able to quarantine in a separate room of the house.  He would obtain routine medical care

from his longtime primary care physician in Boston. If necessary, I would make

arrangements to hire a visiting nurse or home health aide to provide any necessary

specialized care at home.

I declare under the penalty of perjury that the foregoing is true and correct.

Date: _1-10-2021_                            _Kimberly Teague_
                                             Kimberly Teague