# Exhibit C

# William Fick

| | |
|---|---|
| **From:** | DEV-ExecAssistant-S <DEV-ExecAssistant-S@bop.gov> |
| **Sent:** | Tuesday, January 5, 2021 7:46 AM |
| **To:** | William Fick |
| **Subject:** | Re: Request for Legal Call with Richard Gaffey, Reg. No. 01319-138 |

Good Morning,

FMC Devens is still currently under a institutional quarantine for precautionary measures. The inmate is unable to make phone calls.  He is able to write and receive institutional mail and legal mail. We are unable to coordinate a legal call request at this time. Once the quarantine is lifted staff will be able to schedule a legal call.

Thank you


Executive Assistant
FMC Devens
P.O. Box 880
Ayers, MA 01432



>>> William Fick <wfick@fickmarx.com> 1/4/2021 7:04 PM >>>

Hello,

I would like to schedule a legal call with Richard Gaffey at your earliest convenience.

Thanks,

Bill Fick

-------------------------------
William W. Fick
FICK & MARX LLP
24 Federal Street, 4th Fl.
Boston, MA 02110
Tel:  857-321-8360
Fax:  857-321-8361
www.fickmarx.com