**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of January, two thousand twenty-one.

_____

United States of America,

        Appellee,

v.

Harald Joachim Von Der Goltz, AKA Sealed Defendant 4, Richard Gaffey, AKA Sealed Defendant 3,

        Defendants - Appellants.

_____

**ORDER**

Docket Nos. 20-3511(L), 20-3660(CON)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 26 2021

    Appellant Richard Gaffey moves to voluntarily dismiss his appeal under docket no. 20-3660.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/26/2021