

**Daniel N. Marx**
TEL: 857-321-8360
FAX: 857-321-8361
DMARX@FICKMARX.COM

February 9, 2021

**By ECF and E-mail**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *United States v. Richard Gaffey,* No. 18-cr-693 (RMB)

Dear Judge Berman:

  We write to advise the Court that more 30 days have now elapsed from the letter by counsel to the Warden, dated January 5, 2021, requesting compassionate release for Mr. Gaffey. *See* ECF No. 247-4. To date, the Warden has not responded. Accordingly, Mr. Gaffey is expressly excused from the administrative exhaustion provision of 18 U.S.C. § 3582(c)(1)(A).

          Respectfully submitted,

          **RICHARD GAFFEY**

          by his attorneys,

          /s/ Daniel Marx
          Daniel N. Marx
          William W. Fick (*pro hac vice* forthcoming)
          Amy Barsky (*pro hac vice* forthcoming)
          **FICK & MARX LLP**
          24 Federal Street, 4th Floor
          Boston, MA 02110
          857-321-8360

cc (*by email*):
  Chambers
  AUSA Eun Young Choi
  AUSA Thane Rehn
  AUSA Michael Parker