

**FICK & MARX** LLP
24 Federal Street, Fourth Floor, Boston, MA 02110

Daniel N. Marx
TEL: 857-321-8360
FAX: 857-321-8361
DMARX@FICKMARX.COM

February 15, 2021

**By ECF and E-mail**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Richard Gaffey,* **18-cr-693 (RMB)**

Dear Judge Berman:

    We write to advise the Court that another FMC Devens prisoner, previously deemed "recovered" from COVID-19, has now died. *See* attached BOP press release (Feb. 11, 2021). Like Mr. Gaffey, the deceased prisoner (although more than a decade younger), had "long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVD-19 disease." *Id*. This event, along with other post-"recovery" deaths noted in Mr. Gaffey's earlier filings, highlights the substantial ongoing risk to "recovered" prisoners and the limitations of BOP's ability to monitor and care for them effectively in a carceral setting.

    Respectfully submitted,

    **RICHARD GAFFEY**

    by his attorneys,

    /s/ Daniel Marx
    Daniel N. Marx
    William W. Fick (*pro hac vice* forthcoming)
    Amy Barsky (*pro hac vice* forthcoming)
    **FICK & MARX LLP**
    24 Federal Street, 4th Floor
    Boston, MA 02110
    857-321-8360

cc (*by email*):
    Chambers
    AUSA Eun Young Choi
    AUSA Thane Rehn
    AUSA Michael Parker



**U.S. Department of Justice**
**Federal Bureau of Prisons**

---

**FOR IMMEDIATE RELEASE**  Contact: Office of Public Affairs
February 11, 2021  202-514-6551

### Inmate Death at FMC Devens

WASHINGTON, D.C.:  On Saturday, December 26, 2020, inmate Girard Lafortune tested positive for COVID-19 at the Federal Medical Center (FMC) Devens in Ayer, Massachusetts, and was immediately placed in medical isolation.  On Monday, January 18, 2021, in accordance with Centers for Disease Control and Prevention (CDC) guidelines, Mr. Lafortune was converted to a status of recovered following the completion of medical isolation and presenting with no symptoms.  On Wednesday, February 10, 2021, Mr. Lafortune, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced deceased.

Mr. Lafortune was a 63-year-old male who was sentenced in the District of Massachusetts to a 420-month sentence for Transportation & Attempted Transportation of Child Pornography, Receipt of Child Pornography, Possession of Child Pornography, and Publishing Notice or Advertisement for Child Pornography.  He had been in custody at FMC Devens since May 7, 2015.

FMC Devens is an administrative security facility that currently houses 718 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###